IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | |
| v. | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Defendant respectfully requests the Court to extend the time to file the parties' joint status report from September 19, 2003, until September 30, 2003, a period of 11 days. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Marketing and Management Information, Inc. (MMI), represents that MMI does not oppose this motion, but states that, should the Court desire, it is prepared to submit its own proposed schedule for further proceedings.

Defendant requests this additional time so that Department of Justice (DOJ) and Department of Defense (DoD) can continue to discuss the implications of the Court's August 25, 2003 decision and to determine what the Government's position is regarding further proceedings in this case. After receiving a copy of the decision, defendant's counsel of record immediately transmitted a copy of the Court's decision to the agency counsel assigned to this case at the Defense Commissary Agency (DeCA), Mr. Thomas

Rathgeb. Mr. Rathgeb was unable to discuss the decision with DeCA's General Counsel until September 4 or 5, 2003, because the General Counsel was out of the office. In a brief conversation on September 5, 2003, Mr. Rathgeb told the Government's counsel of record that DeCA was required to obtain authority for its recommendation for further proceedings in this case from the DoD Office of General Counsel, so that it could not convey its recommendation until that authority was obtained. Mr. Rathgeb also reported that he would be out of the country from September 8 through 23, 2003. Mr. Rathgeb's substitute, Mr. Elliott Clark, contacted the Government's counsel of record on September 12, 2003, conveyed DoD's recommendation for further proceedings, and informed her that he, too, would be out of the office until September 22, 2003.

In the meantime, MMI's counsel of record contacted the Government's counsel of record on September 11, 2003, to suggest that the parties discuss the proposed joint status report in the afternoon on September 15, 2003. Defendant's counsel agreed to the September 15th discussion date but told MMI's counsel that it was unlikely that the parties could complete discussion of the joint status report before the September 19th due date because the Government would need more time to discuss internally the agency's recommendation. MMI presented its proposal for further proceedings to the Government's counsel on September 15th. Due

to the absence of DeCA's agency counsel assigned to this case and the need to discuss anticipated further proceedings internally and with MMI, we respectfully request that the Court grant us an additional 11 days to file the parties' joint status report.

CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

SEPTEMBER 17, 2003

CERTIFICATE OF FILING

I hereby certify that on September 17, 2003, a copy of "DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd