# In the United States Court of Federal Claims

No. 99-194C
(Filed: September 22, 2003)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

On September 17, 2003, defendant filed a request for an enlargement of time, to and including September 30, 2003, in which to file the joint status report called for in the court's opinion of August 25, 2003. The following defect is noted: Not signed by the attorney of record for defendant (Rules 11 and 83.1(c)(2)[1/]. For good cause shown, defendant's motion is granted.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

[1/]Under the new elecronic case filing, a signature is not recognized unless the name of the attorney appears on the same line as "s/."