# In the United States Court of Federal Claims

No. 99-194C
(Filed: October 30, 2003)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the court's directions at the status conference of October 8, 2003, the parties have consulted and, by letter of October 21, 2003, propose a schedule for further proceedings in this action. The court adopts the schedule set out in the letter, with minor changes to make it clear whether the information is to be merely exchanged between the parties or filed with the court. Accordingly, the following is ORDERED:

1. The period for additional discovery opened October 8, 2003.

2. Plaintiff Marketing and Management Information, Inc. (MMI) will file a status report on or before December 12, 2003, indicating whether it intends to introduce any expert report(s) or call any expert witness(es) specifically with respect to the questions (i) whether the solicitation in this case called for Automatic Data Processing Equipment (ADPE) content as identified under the Brooks Act, and if so, (ii) whether that ADPE content was valued at over $10 million so as potentially to trigger application of the Brooks Act (together referred to as "ADPE issues'). MMI will also identify any such ADPE expert(s) in the report and the expected scope of his or her testimony.

3. MMI will exchange no later than January 16, 2004 all expert reports

on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

4. The Government will file a status report on or before February 20, 2004 indicating whether it intends to introduce any expert report(s) or call any expert witness(es) specifically with respect to the ADPE issues. The Government will also identify any such ADPE expert(s) and the expected scope of his or her testimony.

5. The Government will exchange no later than March 12, 2004 all expert reports on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

6. MMI will exchange no later than April 5, 2004 all rebuttal expert reports on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

7. Discovery shall close on April 30, 2004.

8. On or before May 7, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).

9. On or before May 21, 2004, both parties shall file any motions in limine regarding contested evidence and issues, including such matters as the correct date of breach and the inclusion of option years on the contract for purposes of calculating damages.

10. On or before June 16, 2004, both parties shall file their responses to the opposing party's motions in limine.

11. On or before June 23, 2004, counsel shall meet pursuant to App. A ¶ 13(c).

12. On or before July 9, 2004, MMI shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(a), and its final lists of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

13. On or before August 6, 2004, the Government shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

14. The pretrial conference shall be held from the courtroom Thursday, September 9, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

15. Trial is tentatively scheduled for the week of September 20, 2004, in Washington, D.C.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge