IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARKETING AND MANAGEMENT )
INFORMATION, INC., )
)
Plaintiff, )
)
v. ) No. 99-194C
) (Judge Bruggink)
THE UNITED STATES, )
)
Defendant. )

JOINT MOTION TO SUPPLEMENT PROTECTIVE ORDER

Plaintiff, Marketing Management and Information, Inc. (MMI), and the United States respectfully request that the Court enter an order supplementing the Protective Order issued in this case on July 18, 2000, in order to address concerns raised by several third parties whose documents have or may be the source of discovery in this case and by the General Services Administration Board of Contract Appeals (GSBCA) in connection with its management of the protective order issued in A.C.Nielsen Company, et al. v. Defense Commissary Agency, GSBCA Nos. 13466-P, 13469-P, 13470-P (the A.C. Nielsen matter).

MMI has served third-party discovery requests upon ACNielsen Corporation (ACNielsen) and Information Resources, Inc. (IRI), and both have requested that, prior to the release of their sensitive information, they will be guaranteed that this information will be adequately protected under the Court's protective order. In addition, both MMI and the United States have recently requested the GSBCA to enter an order granting our consultants access to material which is protected under the GSBCA

protective order issued in the A.C. Nielsen matter on November 8, 1995. In response to these requests, the GSBCA issued an order requesting permission from all parties in the A.C. Nielsen matter to transfer the continuing supervision of the protected material in the A.C. Nielsen matter to this Court, should the Court agree to such a transfer. All parties agreed to the board's request to transfer continuing supervision of the GSBCA protected material to this Court.

The attached proposed protective order is designed to address the concerns of A.C. Nielsen and IRI relating to the parties' use of their sensitive information in the course of this proceeding. It is also designed as a prelude to the GSBCA's anticipated request of this Court to agree to transfer the continuing supervision of the GSBCA protected material to the Court.

For these reasons, the parties respectfully request that the Court grant their motion and enter a supplemental protective order.

Respectfully submitted,

/s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
Counsel of Record for Plaintiff

Of Counsel:
VINCENT J. COLATRIANO
DEREK L. SHAFFER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, Virginia 23801

DATE: DECEMBER 11, 2003

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2003, a copy of the "JOINT MOTION TO SUPPLEMENT PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, because third parties are unable to receive copies of electronic filings, I hereby certify under penalty of perjury that on December 12, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "JOINT MOTION TO SUPPLEMENT PROTECTIVE ORDER" addressed as follows:

William W. Goodrich, Esq.
Arent, Fox, Kintner, Plotkin & Kahn
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
FAX: (202) 857-6395

Joseph P. Hornyak, Esq.
Sonnenschein, Nath & Rosenthal
1301 K St., N.W., Suite 600, East Tower
Washington, D.C. 20005
FAX: (202) 408-6399

Jon Hogue, Esq.
Hogue & Lannis
3400 Gulf Tower
Pittsburgh, PA 15219
FAX: (412) 263-5660

Paralee White, Esq.
Brent Connor, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
FAX: (202) 342-6147

Charles J. Cooper
Vincent Colatriano
Cooper & Kirk
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
FAX: (202) 220-9601

Thomas Rathgeb, Esq.
Office of the General Counsel
Defense Commissary Agency
1300 E Avenue
Ft. Lee, VA 28801-1800
FAX: (804) 734-8259

/s/ Sheryl Floyd