**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | |
| v. | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF'S STATUS REPORT**

In accordance with this Court's Order of October 30, 2003, governing further proceedings in this action, MMI hereby states that it presently does not intend to introduce any expert report(s) or to call any expert witness(es) with respect to the ADPE issues specified in the Order. As stated in its letter to the Court of October 21, 2003, MMI nonetheless expressly reserves its right to introduce an expert report(s) or to call an expert witness(es) in rebuttal to any expert testimony the Government may introduce with respect to the aforementioned ADPE issues.

December 12, 2003

Respectfully submitted,

_s/Charles J. Cooper_________

CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
*Counsel of Record for Plaintiff*

*Of Counsel*:
Vincent J. Colatriano
Derek L. Shaffer
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600