**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | ) | |
| v. | ) | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT MOTION TO ENTER PROTECTIVE ORDER GOVERNING DOCUMENTS AND INFORMATION PRODUCED BY ACNIELSEN CORPORATION IN RESPONSE TO DISCOVERY REQUESTS IN CONNECTION WITH THIS ACTION**

Plaintiff Marketing and Management Information, Inc. (MMI) and the United States respectfully request that the Court enter an order specifically governing the protections accorded under the Protective Order issued in this case on July 18, 2000, as supplemented, to documents produced by ACNielsen Corporation ("ACNielsen"), a third party, in response to discovery requests served upon it in connection with this action. ACNielsen has expressed concerns regarding the specific protections that the documents and information it produces in response to third-party requests MMI has served upon it, which documents ACNielsen deems highly sensitive, will enjoy. The attached proposed protective order, to which counsel for ACNielsen and the undersigned have collectively agreed, is designed specially to address those particular concerns.

For these reasons, the parties respectfully request that the Court grant their motion and enter a supplemental protective order specifically governing documents and information produced by ACNielsen in response to discovery requests in connection with this action.

Respectfully submitted,

/s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
*Counsel of Record for Plaintiff*

*Of Counsel*:
Vincent J. Colatriano
Derek Shaffer
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, Virginia 23801

December 12, 2003

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2003, a copy of the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, because third parties are unable to receive copies of electronic filings, I hereby certify under penalty of perjury that on December 12, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of the foregoing motion addressed as follows:

William W. Goodrich, Esq.
Arent, Fox, Klintner, Plotkin & Kahn
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
FAX: (202) 857-6395

Charles J. Cooper
COOPER & KIRK, PLLC
1500 K Street, NW
Suite 200
Washington, D.C. 20005
FAX: (202) 220-9601

/s/ Sheryl L. Floyd