**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 99-194C (Judge Bruggink) |

**SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DOCUMENTS AND INFORMATION PRODUCED BY ACNIELSEN CORPORATION IN RESPONSE TO DISCOVERY REQUESTS IN CONNECTION WITH THIS CASE**

Based upon the parties' representations in their Joint Motion to Enter Protective Order Governing Documents and Information Produced by ACNielsen Corporation in Response to Discovery Requests in Connection With This Action, and the agreement the parties have reached with ACNielsen Corporation (ACNielsen) regarding documents and/or information ACNielsen produces in response to any discovery request (including, but not limited to, a *subpoena duces tecum*, interrogatory, document request, or deposition) in connection with this action, the Court hereby orders that:

(i) such documents and/or information produced by AcNielsen in connection with this action shall automatically qualify as, and be treated as, “protected information” within the meaning of Paragraph 1 of the Protective Order entered in this case on July 18, 2000, as thereafter supplemented (Protective Order); and

(ii) notwithstanding the procedure otherwise specified in Paragraph 4 of the Protective Order, neither party shall propose, absent affirmative consent from

ACNielsen, to file for public disclosure "a proposed redacted copy" containing or divulging such documents and/or information produced by ACNielsen in connection with this action.

Date: December __, 2003

________________________________
Eric Bruggink
Senior Judge, United States Court of Federal Claims