# In the United States Court of Federal Claims

No. 99-194C
(Filed: December 18, 2003)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

SUPPLEMENT TO PROTECTIVE ORDER ENTERED ON JULY 18, 2000

Based upon the parties' representations in their Joint Motion to Supplement Protective Order, the Court has determined that it is necessary to supplement the Protective Order entered in this case on July 18, 2000, in order to further protect the interests of third parties whose information that is relevant to these proceedings may be competition sensitive, proprietary, confidential, or otherwise protectable. Accordingly, the Protective Order is amended as follows:

1. "Protected information" means:

c. Information, including proprietary, confidential, sensitive, or otherwise protectable information, contained in any document produced, filed, or served in this case that is designated as protected by ACNielsen Corporation (ACNielsen), Information Resources, Inc. (IRI), or Management Science Associates, Inc. (MSA) (collectively, the "third parties"); and

d. Information, including proprietary, confidential, sensitive, or otherwise protectable information, contained in any deposition, testimony, affidavit taken or provided during

this litigation that is designated as protected by one of the third parties.

2. Following the sentence which appears in Paragraph 2(b)(i), add the following two sentences: "Counsel for third parties will continue to have access to protected materials to which they previously had access under protective orders issued in cases related to this case. In addition, counsel for third parties will have access under this protective order to their party's own protected information, to applications for access to materials submitted under this protective order, and to documents containing other parties' protected information for the limited purpose of reviewing proposed redacted versions as contemplated by this order."

3. The third sentence of Paragraph 2(c) is revised as follows: delete the period (".") following "each other party" and add "and each third party counsel who has been admitted under the Protective Order in accordance with this paragraph." The fourth sentence of paragraph 2(c) is revised as follows: (1) after "the other parties" add ", including third parties,"; and (2) delete the period (".") at the end of sentence and add "; provided, however, that counsel for third parties shall in no event be permitted access to protected materials other than (i) protected materials to which they previously had access under protective orders entered in cases related to this case, (ii) their own party's protected information, (iii) applications for access to materials submitted under this protective order, and (iv) to documents containing other parties' protected information for the limited purpose of reviewing proposed redacted versions as contemplated by this order."

4. Paragraph 4(a) is amended as follows: after "on each other party," add "and each third party whose protected material is referred to, relied upon, or otherwise discussed in the pleading."

5. The first sentence of paragraph 4(b) is amended as follows: after "other parties" add "and each third party whose counsel has been supplied with a copy of the proposed redacted copy." The second sentence of paragraph 4(b) is amended as follows: after "each party" add "and each affected third party."

6. The first sentence of paragraph 4(c) is amended as follows: after "Any party" add "or third party."

7. The first sentence of paragraph 5 is amended as follows: after "to another party's" add "or a third party's." The second sentence of paragraph 5 is amended as follows: after "the parties" add "or the party and a third party."

8. Paragraph 9 is amended as follows: after "Any party" add "or third party."

9. Paragraph 10 is amended as follows: after "with the Court" add "and the serving of that motion upon the other party and affected third parties."

10. 10. Paragraph 11 is amended as follows: after "a party" add "or a third party."

11. The first sentence of paragraph 12 is amended as follows: after "for the parties" add "or third parties." The third sentence of paragraph 12 is amended as follows: after "The parties" add "and third parties."

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge