IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 99-194C (Judge Bruggink) |

**JOINT MOTION TO EXTEND BY ONE WEEK DEADLINES FOR FILING/EXCHANGE OF MMI'S INITIAL EXPERT REPORT(S), THE UNITED STATES' STATUS REPORT REGARDING EXPERT REPORT(S), AND THE UNITED STATES' EXPERT REPORT(S)**

Plaintiff Marketing and Management Information, Inc. (MMI) and Defendant United States respectfully request that the Court enter an order extending by one week the deadlines for filing/exchange of (i) MMI's initial expert report, (ii) the United States' status report regarding its intentions to file expert report(s), and (iii) the United States' expert report(s). Specifically, the parties' request that the Court amend paragraphs 3-5 of its Scheduling Order of October 30, 2003 so that they now read as follows:*

> 3. MMI will exchange no later than January **23**, 2004 all expert reports on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

* The relevant dates have been pushed back by one week and are marked in bold; the language of the Order has not been amended in any other respect.

4. The Government will file a status report on or before February **27**, 2004 indicating whether it intends to introduce any expert report(s) or call any expert witness(es) specifically with respect to the ADPE issues. The Government will also identify any such ADPE expert(s) and the expected scope of his or her testimony.

5. The Government will exchange no later than March **19**, 2004 all expert report on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

As grounds for this motion, the parties state that MMI has encountered a confluence of factors, including complications associated with obtaining from third parties ACNielsen Corporation and Information Resources, Inc. documents and information potentially relevant to its expert report, and securing protections necessary to assuage the confidentiality concerns of those third parties, that are impeding the preparation of its expert report so as to warrant the one-week extension. Furthermore, the parties note that, absent the modifications proposed herein, the Government's time in which to file its status report and exchange its expert report(s) would be reduced from that contemplated in the Court's Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
*Counsel of Record for Plaintiff*

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 307-0282

Attorneys for Defendant

*Of Counsel*:
Vincent J. Colatriano
Derek Shaffer
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

OF COUNSEL:

THOMAS RATHGEB
ELLIOT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, Virginia 23801

January 9, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2004, a copy of the "JOINT MOTION TO EXTEND BY ONE WEEK DEADLINES FOR FILING/EXCHANGE OF MMI'S INITIAL EXPERT REPORT(S), THE UNITED STATES' STATUS REPORT REGARDING EXPERT REPORT(S), AND THE UNITED STATES' EXPERT REPORT(S)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl Floyd