# In the United States Court of Federal Claims

No. 99-194C
(Filed: January 13, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' January 9, 2004 joint motion to extend by one week the deadlines for filing/exchange of MMI's Initial Expert Report(s), the United States' Status Report Regarding Expert Report(s), and the United States' Expert Report(s). For good cause shown, the motion is granted. Accordingly, paragraphs 3., 4., and 5. of the court's October 30, 2003 order are amended as follows:

3. MMI will exchange no later than January 23, 2004 all expert reports on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

4. The Government will file a status report on or before February 27, 2004 indicating whether it intends to introduce any expert report(s) or call any expert witness(es) specifically with respect to the ADPE issues. The Government will also identify any such ADPE expert(s) and the expected scope of his or her testimony.

5. The Government will exchange no later than March 19, 2004 all expert reports on damages and ADPE issues in the manner and form required by Rule 26(a)(2) of the Rules of the United States Court of Federal Claims, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior draft reports need not be submitted.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge