IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | |
| v. | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S STATUS REPORT

Defendant submits this status report in response to the Court's scheduling order dated October 30, 2003, as amended on January 13, 2004. Defendant states that it anticipates calling Mr. Thomas W. Bragg to testify at trial concerning the issues of (1) whether the Solicitation DECA-94-R-0068 required the use of automatic data processing equipment (ADPE) as contemplated by the Brooks Act, 40 U.S.C. § 759, and (2) if so, what was the value of the ADPE. Mr. Bragg testified on behalf of the protesters in connection with A.C. Nielsen Co. et al. v. Defense Commissary Agency, GSBCA Nos. 13466-P, 13469-P, and 13470-P, and prepared two affidavits in connection with that testimony. As of this time, Mr. Bragg does not anticipate revising this testimony. However, he will review the relevant documents in connection with that proceeding and any documents subsequently developed to determine whether he will be required to revise his testimony in the context of these proceedings. In addition, Mr. Bragg may offer testimony that is within his field of expertise in the

context of the damages phase of his case, should such testimony be pertinent.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

FEBRUARY 27, 2004

CERTIFICATE OF FILING

I hereby certify that on 27th day of FEBRUARY, 2004, a copy of the "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd
Sheryl L. Floyd