**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARKETING AND MANAGEMENT INFORMATION, INC. ,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-194C** |
| | ) | **(Judge Bruggink)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND DUE DATE FOR COMPLYING WITH THE REQUIREMENTS CONTEMPLATED BY APPENDIX A ¶ 13(a)-(b)**

Plaintiff, Marketing Management and Information, Inc. (MMI), and the defendant, the United States, respectfully request that the Court modify ¶ 8 of the parties' pretrial schedule by extending the due date for the parties to exchange their lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13 (a)-(b), from May 7, 2004, until June 23, 2004, which is the date currently established for the meeting of counsel. By extending the due date from May 7 until June 23, 2004, for the exchange of the parties' exhibit and witness lists pursuant to the meeting of counsel, the parties agree that they will be permitted to raise objections concerning the admissibility of exhibits and witnesses after the May 21, 2004, which is the due date for the parties' motions *in limine*, in accordance with the procedures established in Appendix A, ¶ 14. Specifically, the parties request that the Court amend paragraph 8 of its October 31, 2004 Scheduling Order as follows:

> 8. On or before June 23, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b). The parties will be permitted to raise objections concerning the admissibility of exhibits and witnesses in accordance with the procedures established in Appendix A, ¶ 14.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch:
Civil Division
Department of Justice
Washington, D.C. 20530

Of Counsel:

THOMAS D. RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

Attorneys for Defendant

March 16, 2004

/s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
Counsel of Record for Plaintiff

Of Counsel

VINCENT J. COLATRIANO
DEREK SHAFFER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on MARCH 16, 2004, a copy of the "JOINT MOTION TO EXTEND DUE DATE FOR COMPLYING WITH THE REQUIREMENTS CONTEMPLATED BY APPENDIX A ¶ 13(a)-(b)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd