No. 99-194C
(Judge Bruggink)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**MARKETING AND MANAGEMENT INFORMATION, INC.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

---

# APPENDIX TO DEFENDANT'S MOTION IN LIMINE
**Volume 1 of 2, Pages 1 through 97 and 262 through 309**

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**SHERYL FLOYD**
**Senior Trial Counsel**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit**
**8th Floor**
**1100 L Street, N.W.**
**Washington, D.C. 20530**
**Tele: (202) 307-0282**

**Attorneys for Defendant**

**OF COUNSEL:**

**THOMAS D. RATHGEB**
**ELLIOTT CLARK**
**Office of General Counsel**
**Defense Commissary Agency**
**Fort Lee, VA 23801-1800**

**MAY 21, 2004**

# INDEX TO APPENDIX[1]

Filed Electronically

Modification to Contract F4168989S1001, dated October 9, 1991, transferring authority for the contract to the Defense Commissary Agency (DeCA) . . . . . . . . . . . 1

Contract No. DECA01-96-S-0001, dated October 26, 1995, between DeCA and Marketing and Management Information, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Cancellation of Solicitation No. DECA01-94-R-0068, dated September 30, 1996 . . . . . . . . 48a

Letter, dated June 12, 1998, from Edward M. Downey to Lawrence P. Hahn . . . . . . . . . . . . 49

Notice of Termination of Contract No. DECA01-96-S-0001, dated June 12, 1998 . . . . . . . . 53

Deposition Transcript of Gen. Richard E. Beale, dated November 29, 2001 (pages 165-69, 170-74, 183-86) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

Deposition Transcript of Col. William E. Sherman, dated November 30, 2001 (pages 22-25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

Deposition Transcript of Col. William E. Sherman, dated September 20, 2002 (pages 26-27, 30-34) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

Plaintiff's Responses to Defendant's Third Set of Interrogatories and Requests for Production of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

**Filed Under Seal**

**Letter, dated November 15, 1994, from Loretta M. Downey to Lawrence P. Hahn . . . . 98**

**Resume of Kenneth P. Metcalfe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131**

**Deposition of Kenneth P. Metcalfe, dated February 19, 2004 (pages 5, 6, 9-11, 14-55) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138**

**Deposition of Kenneth P. Metcalfe, dated February 20, 2004 (pages 43-49, 74-75, 89-93) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199**

**Deposition of Kenneth P. Metcalfe, dated February 23, 2004 (pages 25-27) . . . . . . . . . 214a**

[1] Documents which are in regular font will be filed with the Court electronically. Documents which are highlighted in bold are subject to the Court's protective order in this case and will be filed with the Court under seal.

**Rebuttal Expert Report of Kenneth P. Metcalfe, dated April 9, 2004 . . . . . . . . . . . . . . 215**

**Resume of Dr. Gustavo E. Bamberger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 240**

**Reply Expert Report of Dr. Gustavo E. Bamberger . . . . . . . . . . . . . . . . . . . . . . . . . 249**

Filed Electronically

Complaint for Injunctive and Declaratory Relief, Marketing and Management Information, Inc. v. The United States Department of Defense and The United States Defense Commissary Agency, Case No. 96-1309A, filed in the United States District Court for the Eastern District of Virginia, Alexandria Division, dated September 18, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262

Transcript of the proceedings relating to the motion for a temporary restraining order, Marketing and Management Information, Inc. v. The United States Department of Defense and The United States Defense Commissary Agency, Case No. 6-1309A, dated October 2, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274

Transcript of the proceedings relating to the motion for a permanent injunction, Marketing and Management Information, Inc. v. The United States Department of Defense and The United States Defense Commissary Agency, Case No. 6-1309A, dated October 25, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 298

**CERTIFICATE OF FILING**

I hereby certify that on 21st day of MAY, 2004, a copy of the "APPENDIX TO DEFENDANT'S MOTION IN LIMINE, Volume 1 of 2, Pages 1 through 97 and 262 through 309," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd