AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 02

2. AMENDMENT/MODIFICATION NO. P00005

3. EFFECTIVE DATE 91OCT01

4. REQUISITION/PURCHASE REQ. NO. F9205983090001

5. PROJECT NO.(If applicable)

6. ISSUED BY CODE
3303 CONTRACTING SQUADRON
BLDG 399
RANDOLPH AFB TX 78150-5000

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No.,street,county,State and Zip code)

MILITARY AUDITS OF MARKET 00VEM7S
INFORMATION, INC. HAMPDEN SQ.
4800 MONTGOMERY LN. SUITE 700
BETHESDA MD 20814

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F41689895I001

10B. DATED (See item 13) 89OCT03

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[_] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [_] is extended, [_] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

57X8420 76EA S660700 (EAC 59102 PROJ RAN 72)

NET INC .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| | A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A. |
| | B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b). |
| X | C. This supplemental agreement is entered in pursuant to authority of: MUTUAL AGREEMENT OF CONTRACTING PARTIES |
| | D. Other (Specify type of modification and authority) |

E. IMPORTANT: Contractor [_] is not, [X] is required to sign this document and return ALL copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: FORSMAN, DAVID J.
PHONE: 512 652-2491

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
EDWARD M. DOWNEY PRESIDENT

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DAVID J. FORSMAN

15B. CONTRACTOR/OFFEROR
Edward M Downey
(Signature of person authorized to sign)

15C. DATE SIGNED 10/9/91

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 8 Oct 91

STANDARD FORM 3

THIS MODIFICATION IS WRITTEN TO INCORPORATE THE DEFENSE COMMISSARY AGENCY REFORMATIONS NECESSARY TO SUPPORT THE DOD COMMISSARY SERVICE CONSOLIDATION.

A. THE STATEMENT OF WORK, DATED 21 MAR 91, IS HEREBY INCORPORATED INTO SUBJECT CONTRACT, AS FINALIZED VIA THE PROPOSAL NEGOTIATION PROCESS.

B. THE CONTRACTOR'S PROPOSAL, DATED 18 APR 91, AS AMENDED 24 APR 91, 31 MAY 91, 15 JUL 91, 22 JUL 91 AND FINALIZED ON 25 JUL 91, IS HEREIN ACCEPTED AND INCORPORATED TO THE CONTRACT DOCUMENT.

C. THE CONTRACTOR HEREIN AGREES TO PERFORM THE REVISED REQUIREMENTS, AS PREVIOUSLY OUTLINED AND DEFINITIZED.

D. THE GOVERNMENT HEREIN ACCEPTS THE REVISIONS TO THE PAYMENT SCHEDULES, AS OUTLINED IN THE 25 JUL 91 FINAL OFFER, AS FAIR AND REASONABLE CONSIDERATION FOR THE EFFORT REQUIRED IN SUPPORT OF THE NEWLY RE-ALIGNED AGENCY UNDER THE REFORMED STATEMENT OF WORK.

E. IT IS HEREIN AFFIRMED AND MUTUALLY AGREED TO BY THE CONTRACTING PARTIES THAT THIS SUPPLEMENTAL AGREEMENT REPRESENTS FULL, EQUITABLE AND FINAL SETTLEMENT FOR THOSE ISSUES AS PREVIOUSLY DESCRIBED ABOVE. FURTHERMORE, THE CONTRACTOR HEREIN RELEASES THE GOVERNMENT FROM ANY AND ALL CLAIMS, DISPUTES OR APPEALS ARISING FROM OR PURSUANT TO ALL AREAS AS INCORPORATED BY THIS SUPPLEMENTAL AGREEMENT, THOSE ISSUES NECESSITATING IT'S ENACTMENT OR DELAYS ENCOUNTERED THEREFROM.

F. ALL REMAINING TERMS AND CONDITIONS OF THE CONTRACT DOCUMENT REMAIN IN FULL FORCE AND EFFECT AND ARE MUTUALLY BINDING TO THE CONTRACTED PARTIES.

<u>NOTE:</u> ALL PREVIOUS SUSPENSIONS OF WORK ARE HEREIN RECINDED.

END PAGE