# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350)

RATING: S10

PAGE 1 OF 71 PAGES

2. CONTRACT NO.: DECA01 - 96 - S - 0001

3. SOLICITATION NO.: DECA01-94-R-0068

4. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

5. DATE ISSUED: 01 JUN 1995

6. REQUISITION/PURCHASE NO.: ANALYT-0094-9214

7. ISSUED BY: CODE DECA01
DEFENSE COMMISSARY AGENCY
CONTRACTING DIVISION ES AM
11200 38TH STREET AND E AVENUE
FORT LEE VA 23801-6300

8. ADDRESS OFFER TO (If other than Item 7): ESC/AM
DEFENSE COMMISSARY AGENCY
CONTRACTING DIVISION ES AM
11200 3RD FLOOR 38TH & E AVENUE
FORT LEE VA 23801-6300

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and see L.21 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in DeCA/ES-AM, Bldg P11200, Ft Lee, VA until 1500 (Hour) local time 08/01/95 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME: Lawrence P. Hahn D25 — B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS): (804) 734-8520

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 28 | | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 1 | | | | |
| | F | DELIVERIES OR PERFORMANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 12 |
| X | G | CONTRACT ADMINISTRATION DATA | 1 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 11 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 2 | X | M | EVALUATION FACTORS FOR AWARD | 3 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 120 calendar days ~~(60 calendar days unless a different period is inserted by the offeror)~~ from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule. see Provision # K.9

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8): N/A

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|
| N/A % | N/A % | N/A % | N/A % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 | July 19, 1995 | | |

15A. NAME AND ADDRESS OF OFFEROR: CODE ___ FACILITY ___
Marketing and Management Information, Inc
4800 Montgomery Ln, Suite 700 CAGE : 0JJW0
Bethesda, MD 20814

15B. TELEPHONE NO. (Include area code): (301) 718-7633

15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE.

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print): Patrick L. Flannery, President

17. SIGNATURE: [signature]

18. OFFER DATE: Aug 9, 1995

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED: 0001, with options for items 0002 & 0003

20. AMOUNT: see Schedule

21. ACCOUNTING AND APPROPRIATION: N / A

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304 (c)( ) ☐ 41 U.S.C. 253 (c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM: N / A

24. ADMINISTERED BY (If other than Item 7): CODE ___
DeCA / OC/RAV / Fort Lee, VA 23801-1800

25. PAYMENT WILL BE MADE BY: CODE ___ N / A

26. NAME OF CONTRACTING OFFICER (Type or Print): LAWRENCE P. HAHN

27. UNITED STATES OF AMERICA: [signature] (Signature of Contracting Officer)

28. AWARD DATE: 26 OCT 1995

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE

33-132

STANDARD FORM 33 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(c)



223

# SECTION B

## SUPPLIES OR SERVICES AND PRICES / COSTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS CONTRACT DOES NOT INVOLVE THE EXPENDITURE OF ANY FUNDS APPROPRIATED BY THE U.S. CONGRESS.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NON-PERSONAL SERVICES - The Contractor shall provide all personnel, transportation, equipment, tools, materials, supervision, and other items and services necessary for the purpose of providing Analytical Support Services for Category Management for the Defense Commissary Agency (DeCA), in accordance with this contract. In exchange for these services, DeCA will provide to the contractor access to the product movement sales data from the DeCA commissaries. The contractor will provide monetary payments, **in addition** to the other specific services required by the Statement of Work (SoW) - Section C, or as otherwise offered by the contractor through the course of their proposal submission, and the subsequent acceptance of same by the government and incorporation as a part of the final contract. One of the functions/services being provided by the contractor under this contract is the payment to the government of a percentage of the gross sales associated with the marketing and sale of the commissary product movement sales data.

Guaranteed Percentage of Gross Sales. The offeror shall guarantee a minimum dollar amount the Government will receive for each period of performance (as specified under line items 0001, 0002 and 0003 below) under this contract. The offeror shall also guarantee the Government a percentage of gross sales of reports to industry which are derived from the commissary product movement sales data. The guaranteed minimum dollar amount is based on the offerors estimated gross sales times the percentage of actual annual gross sales (per period of performance) specified in this Schedule. Each of those figures is specified below. When the contractor's actual gross sales of reports to industry times the percentage offered exceeds the guaranteed minimum payment to the Government (per period of performance), the Government shall be entitled to, and paid, the **greater** of the two amounts.

| LINE ITEM | DESCRIPTION | PROPOSED |
|---|---|---|
| 0001 | BASIC CONTRACT PERIOD (01 Jan 1996 - 31 Dec 1998) | |
| | Offeror's Estimated Gross Sales - Basic Period | **$ 44,101,994** |
| | Guaranteed Minimum Payment to the Government - Basic Period | **$ 6,659,401** |
| | Guaranteed Percentage of Actual Annual Gross Sales to be Paid to the Government | **15.1 %** |

| LINE ITEM | DESCRIPTION | PROPOSED |
|---|---|---|
| 0002 | FIRST OPTION PERIOD (01 Jan 1999 - 31 Dec 1999) | |
| | Offeror's Estimated Gross Sales | $ 17,734,065 |
| | Guaranteed Minimum Payment to the Government | $ 2,677,844 |
| | Guaranteed Percentage of Actual Annual Gross Sales to be Paid to the Government | 15.1 % |
| 0003 | SECOND OPTION PERIOD (01 Jan 2000 - 31 Dec 2000) | |
| | Offeror's Estimated Gross Sales | $ 19,507,472 |
| | Guaranteed Minimum Payment to the Government | $ 2,945,628 |
| | Guaranteed Percentage of Actual Annual Gross Sales to be Paid to the Government | 15.1 % |

This award accomplishes the formal acceptance of the offer, dated 09 Aug 1995, submitted on behalf of the firm of Management and Marketing Information, Inc., 4800 Montgomery Lane, Suite 700, Bethesda, MD 20814; to include the clarifications provided via correspondence dated 06 Oct 1995. The entire contents of the Contract/Payment Proposal and the Technical Proposal are incorporated into, and made a part of, this contract. Acceptance shall be for line item number 0001, for the base period of performance of 01 Jan 1996 through 31 Dec 1998. This award also reserves the right of the government to exercise the two full option periods, as well as any other option periods specified in this contract, in accordance with the terms of the contract.

# STATEMENT OF WORK

## SECTION C

## ANALYTICAL SUPPORT SERVICES FOR CATEGORY MANAGEMENT

1. **PURPOSE.** Retail industry in the United States today is doing their buying and merchandising based on Category Management. The purpose of this work statement is to define requirements for analytical services to support category management in the Defense Commissary Agency (DeCA). The analytical support services will take the form of output reports, a capability for DeCA to electronically transfer and manipulate data, and recommendations to develop and improve category management and merchandising strategies. The analysis will be based on product movement, pricing and dollar sales data collected from the commissaries Point of Sales (POS) scanning system. The contractor will be provided access to this data by DeCA. In exchange for the product movement data from DeCA, the contractor will provide monetary payments, analytical services, training, periodic product movement / sales data reports and on-line access. The contractor shall then offer for sale, market reports, studies, and analyses of the data received to the manufacturers and other suppliers of resale products to DeCA.

2. **SCOPE.**

2.1. DeCA operates approximately 352 commissaries worldwide with annual sales of approximately 5.5 billion dollars. DeCA is required to sell products at cost, and to mirror commercial supermarket industry practices and standards in the way they conduct business. DeCA purchases products for resale from varying size businesses ranging from very large nationally based to very small locally based sources. The Defense Department is currently downsizing and the contractor should expect a decrease in the number of stores and overall sales during the period of this contract. The DeCA management structure above store level that will be receiving services and reports is currently undergoing a reorganization study. This may result in a decrease in the number of DeCA offices receiving the results of these services. A listing of current DeCA facilities is shown at *Technical Exhibit 5*.

2.2. The contractor must be able to compare commissary performance indices with those of commercial supermarkets within comparable geographic areas.

2.3. The contractor will be required to provide training in support of category management to DeCA employees. The contractor will furnish all related supplies pertinent to this training.

2.4. The contractor will be required to access DeCA data and provide outputs through DeCA's existing information infrastructure (i.e. 386 or higher, class personal computers). No contractor hardware or software will be utilized resident on-site at DeCA locations.

2.4.1. The contractor shall utilize an open systems type architecture.

2.4.2. The contractor shall provide data that complies with open data base compliant (ODBC) standards when data is required/requested by DeCA.

2.5. The Government, as owner of all provided data, shall retain the right to limit the sale and distribution of its data (10 United States Code Section 2487 applies and is shown at *Technical Exhibit 3*).

2.6. All costs (including those for collection, processing, data access, communication / transmission and subsequent distribution) to deliver these services (by whatever means) will be borne by the contractor.

2.7. Contractor will collect required data from DeCA systems through various media to support the analytical services required by this contract. Data collected from commissaries located in the United States will be retrieved from DeCA Headquarters. Data collected from commissaries located outside of the United States will be retrieved from store level sites.

2.8. Contractor will provide HQ DeCA and regions multiple user IDs for concurrent on-line access (TCP/IP network) utilizing a Telnet session. The system must support up to a maximum of 64 concurrent users.

3. **SPECIFIC TASKS -- DATA COLLECTION**.

3.1. Unprocessed or raw data collected by DeCA from the commissaries located in the Continental United States (CONUS) will be made available for contractor retrieval at DeCA Headquarters, currently located at Fort Lee, Virginia. The data will be available for retrieval not later than the tenth working day of the month, barring documented network outages.

3.1.1. The contractor will provide a connection to the (TCP/IP) network. The contractor will transfer the data collected by DeCA utilizing the Standard File Transfer Protocol (FTP). Remote logon will be facilitated using Telnet. Additional specifications are provided at *Technical Exhibit 2*.

3.1.2. DeCA will provide a user ID, passwords, and IP addresses to allow the contractor to electronically retrieve the data at DeCA Headquarters. DeCA will provide a server to stage raw data files for FTP pick-up by the contractor. These files will be provided once a month with a delete of all the old files on the server. The raw data files naming convention will have the last 3 digits of the store DODAAC, followed by YYMM (YY=year, MM=month).

3.1.3. Data from commissaries located outside the Continental United States (OCONUS) will be sent from the store sites not later than the fifth working day of the month. DeCA will transfer from its computer systems product sales scanning data onto contractor-furnished cassette tapes or diskettes, depending on scanning platform. Tapes/diskettes provided by the contractor must be compatible with the scanning system of the commissary providing the data. The contractor will provide pre-paid pouches or envelopes to the DeCA commissary(ies) so the cassette can be mailed or shipped to the contractor each month. DeCA is currently undertaking actions to make OCONUS data available in the same manner and time frames as its CONUS data. The implementation date is as yet undetermined, but is expected to occur during the base contract period.

3.1.4 File layout for the commissaries located CONUS is provided at *Technical Exhibit 2*.

3.2. COLLECTION OF DATA BEFORE CONTRACT PERFORMANCE. Product movement data captured at scanners will be provided by DeCA to the contractor, after contract award but before performance begins, so the contractor may mobilize for performance and establish a data base for generating the product movement reports required under this contract. The contractor will provide the necessary tapes/diskettes and mailers to overseas commissaries for this purpose. The contractor will also be required to establish a historical base of two (2) years of data based on a data submission made by DeCA prior to the start of the base performance period.

3.3. The contractor shall continually maintain an active database with two years of prior data. On a quarterly basis the contractor may archive that data exceeding two years. Archived data must be accessible/retrievable, as required by DeCA. Any such requirement by DeCA to access / retrieve this data will be considered a part of this contract, and shall be accomplished expeditiously, and without additional expense to DeCA.

4. <u>SPECIFIC TASKS--ANALYTICAL SERVICES</u>.

4.1. Contractor will provide analytical services, reports, and recommendations in support of DeCA merchandising programs to improve category management. Analysis should not be limited to individual categories, but allow for comparative analysis across user selected categories.

4.2. Contractor will provide analysis and recommendations to support category management by DeCA. Contractor analysis must effectively benchmark DeCA performance indices against those of the commercial supermarket industry in the United States. The contractor's bench-marking technique must recognize the differing product mix characteristics between the two, and compensate for the impact of a declining military market.

4.3. Contractor will provide on-site training for DeCA personnel (at DeCA HQ and Region sites) during the first six months of contractor performance for 6-8 DeCA personnel per site. Training must establish full user proficiency in the areas of category management, merchandising, promotion allocation, assortment selection, system access, data manipulation, and generation of reports.

4.4 For informational purposes, a copy of the current DeCA Direct Store Delivery (DSD) Promotional Calendar is provided at *Technical Exhibit 4.*

5. **SPECIFIC TASKS--OUTPUTS and REPORTS**.

5.1. Contractor will provide DeCA password control access to that portion of the contractor's database which contains DeCA information. DeCA will retrieve such information through the file protocols as defined in para 3.1.1. above.

5.1.1. Contractor's system shall interface and be compatible with DeCA's Spaceman (Logistics Data Systems, Inc.) Plan-o-gram application.

5.1.2. Contractor will make available and/or provide periodic reports as specified in *Technical Exhibit 1.*

5.1.3. Contractor's system shall provide the capability to easily develop user-defined ad hoc queries to allow DeCA to build unique and specific views of sales and movement data as needed. These views may link or cross multiple categories, geographic areas, and/or time periods. The system must be capable of saving ad hoc analytical report structures for application to any category chosen, and future analysis of updated data. Reports must be viewable on screen or sent to output files. DeCA users will use telnet sessions to log on to the contractor system to perform data queries and requests for reports. All report requests will be written to unique files on the contractors system for later FTP pick-up by the DeCA server. DeCA software will be responsible for the pick-up and routing of reports to the appropriate printer locations. The contractor will not be allowed to initiate any form of file transfer to the DeCA server. The contractor will have READ ONLY privileges to the DeCA server. The report file must include the User ID/User Name for report routing purposes.

5.2. REQUIRED PRODUCT MOVEMENT AND SALES DATA REPORTS.

5.2.1. The contractor shall be responsible for processing and analyzing DeCA furnished product sales data for the purpose of tracking product movement by category in DeCA's commissaries. The contractor shall develop and furnish to DeCA the reports listed in *Technical Exhibit 1.* All reports are due within 30 days after the frequency established for submission of reports.

6. **RELEASE AND USE OF DeCA DATA BY THE CONTRACTOR.**

6.1. The contractor shall not release raw product sales obtained from DeCA through this contract to any other commercial source for any reason. After receipt of DeCA scanning data, this contract specifically authorizes the contractor to offer for sale, and sell refined market reports, studies and analyses of the data received from DeCA to all interested manufacturers and suppliers of resale products. The contractor shall not release refined market reports, studies and analyses of the data received from DeCA to any firm or individual free of charge, nor for a nominal fee.

The contractor shall offer the data equally to all interested firms at a fair and reasonable market price for all or specific categories of products. The contractor shall not engage in the sale of resale products to any military commissary activity or accept commissions or any contingent fees from manufacturers of products offered for resale in the commissaries.

6.2. Commissary product sales data obtained under this contract shall not be used to represent, in any manner, expressed or implied, that the products covered by such data are approved or endorsed by any element of the Government. Commercial advertisements of products reflected in this data shall include no claims based on sales made to military commissary resale activities. The contractor shall include this provision in all agreements and contracts for sale of market reports, studies and analyses of the data provided by DeCA in this contract.

6.3. The contractor shall not release any analysis, report or recommendation prepared for DeCA pursuant to paragraphs 4.1 and 4.2 without prior written permission of the contracting officer.

6.4. Under the current law, military commissary product sales data cannot be released by the Government to any source outside the Government except by written agreement. This contract constitutes such an agreement contemplated under the law (see also paragraph 6.7).

6.5. The Government shall not release reports provided by the contractor to any source outside of the Government. However, the Government may provide its source data and reports to an ensuing contractor for the purposes of continuing support of its category management requirements during conversion or overlap when transitioning to another contractor.

6.6. DeCA may, for its own internal management use, generate reports using the same or similar product sales data provided under this contract. These reports will not be provided to the contractor.

6.7 Notwithstanding any other provision of this contract, DeCA reserves the right to enter into a separate agreement with any manufacturer, distributor, or other vendor doing business with DeCA, for the release of raw sales data, provided the information to be released is restricted to information directly related to merchandise provided by that manufacturer, distributor or vendor.

6.8. DeCA reserves the right to release product movement data contained in internal reports to other commercial firms, provided the firm receiving the data is using the data specifically for developing computerized shelf space allocation/category plan-o-grams or other special projects for the Government. The firm receiving the information must sign an agreement stating that the data will not be used for commercial purposes in any other way and that the data cannot be given, sold, shown or released to other commercial sources for any reason.

6.9 DeCA reserves the right to develop internal reports using the same or similar product sales data provided under this contract, and to market those reports to interested parties. DeCA will not produce or compete against the level of refined reports which may be offered by the contractor.

7. **PAYMENT TO DeCA FOR DATA.**

7.1. The contractor shall pay to DeCA the awarded amounts as set forth on the Bid Schedule, Section B. Payments will be computed and paid *monthly* to DeCA at the address shown below. The contractor shall provide DeCA a quarterly itemized statement containing, as a minimum, the total gross sales generated by this contract, the guaranteed percentage and dollar amount due DeCA, and the actual percentage and dollar amount due DeCA. In addition, a quarterly listing shall be provided depicting the names and addresses of the firms to which the military scanner data had been sold during that quarter, and the dollar value of those sales. Payments shall be made to :

Defense Commissary Agency
Resource Management
Bldg P-11200, 38th Street & E Avenue
Fort Lee, Virginia 23801-6300

8. **PERIOD OF PERFORMANCE.**

8.1. Because of the initial start-up costs to be incurred by the contractor, this contract will be written for a basic three year period, with two (2) one-year option periods. The decision to exercise any and all options under this contract shall be a unilateral right of the Government, and shall be accomplished in accordance with the applicable clauses of this contract.

## DEFINITIONS OF TERMS

**CATEGORY MANAGEMENT:** A process that involves managing product categories as strategic business units and customizing them on a store by store basis to satisfy customer needs. Inherent to the process is the ability to assess category performance within the overall context of the total enterprise. Category performance is measured against major industry competitors through an analysis of common sales indices which impact either profitability in the commercial marketplace or customer savings in the commissary.

**PERFORMANCE INDEX:** A measure which helps define the relative sales success of a specific product within a category, or of a category itself.

**DOLLAR SALES:** The actual dollars accumulated (scanned through front end register systems) for a certain time period. Dollar sales can be expressed for individual items, for categories of individual items, for store departments comprised of categories, etc.

**PACKAGE SALES:** The actual number of individual selling units accumulated (scanned through front end register systems) for a certain period of time. Package sales can be expressed in the same fashion as dollar sales.

**EQUIVALIZED UNIT VOLUME:** A measure which converts the package sales of a particular item into a common volume unit defined for each category (e.g. 1 unit in Dry Dog Food may equal 1 pound, while 1 unit in Paper Towels may equal 1 foot). This measure is most valuable when a category contains a wide range of individual selling units of varying sizes.

**ALL COMMODITY VOLUME (ACV):** Defines dollar sales in terms of stores, or store groupings.

**% ACV:** This is a weighted distribution technique which, when used in describing an item, represents the scope of that item's stockage. For instance, an item which has a 75% ACV% means that stores representing 75% of ACV for the specific geographic location chosen sold the item during the identified time period.

**PERCENT CONTRIBUTION:** The sales volume for a given store, or group of stores expressed as a percentage of the total sales in a given area of consideration. Sales may be described in terms of dollars, packages, or equivalized units and may refer to category, departmental or total sales.

**UNIVERSAL PRODUCT CODE (UPC):** The number assigned to an individual selling unit. It is composed of a manufacturer code and an item code.

**PRODUCT ATTRIBUTE:** The unique characteristics of a Stock Keeping Unit (SKU). Product attributes such as size, container, brand, and generic product type help to fully describe the item in question. Attributes are also essential in evaluating item performance against like items.

**SALES PER POINT OF DISTRIBUTION:** A measure which helps to eliminate distribution differences in comparing volume levels of competing items. Applying its formula (volume/ACV%) expresses dollar, package, or equivalized unit sales in terms of 1% ACV for all items stocked in a category. Thus, two items, though having different package sales and distribution levels, can be "fairly" compared and evaluated. For example, if item A sells 1000 packages and has an ACV% of 50%, its package sales per point is 20 (1000/50). If item B sells 1500 packages and has an ACV% of 90%, its package sales per point is about 17 (1500/90).

**HIGH PRICE:** The most frequently occurring (modal) high price point observed during the sampling period for the applicable geographic area for commissary and civilian sector data.

**LOW PRICE:** The most frequently occurring (modal) low price point observed during the sampling period for the applicable geographic area for commissary and civilian sector data.

**AVERAGE PRICE:** The price derived by dividing total dollar sales by total package sales during the sampling perioa for the applicable geographic area for commissary and civilian sector data.

**CENTRAL REGION ADDRESS:** DeCA/CE, 1140 Gator Boulevard, Norfolk, VA 23521-2228

**EUROPEAN REGION ADDRESS:** HQCEOO, DeCA/EU, Unit 3060, APO AE 09094-3060

**MIDWEST REGION ADDRESS:** DeCA/MW, Building 3030, Kelly Air Force Base, TX 78241-5000

**NORTHEAST REGION ADDRESS:** DeCA/NE, Building 2257, Fort George G. Meade, MD 20755-5220

**NORTHWEST REGION ADDRESS:** DeCA/NW, Building 9630, Fort Lewis, WA 98433-7300

**SOUTHERN REGION ADDRESS:** DeCA/SO, Building 835, Maxwell Air Force Base, AL 36112-6307

**SOUTHWEST REGION ADDRESS:** DeCA/SW, Building 329, MCAS El Toro, CA 92709-5002

\+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +

*LEGEND FOR TECHNICAL EXHIBIT # 2 (page C-10)*

UPC = Universal Product Code (of item)
DEPT = Regional Department to which this item belongs
DESC = short description of the item
DIBS = logical indicator of whether this item was determined to be a standard DIBS item or not
IM = Item Movement count -- the number of sales of this item for the month, not the dollar sales
PRICE = the price that this item was sold at the store (assumed 2 decimals)

**TECHNICAL EXHIBIT 1**

**REQUIRED REPORTS**

The following reports shall be provided to DeCA in addition to those proposed by the contractor. All reports are due within 30 days after the frequency established for submission of reports.

(a) A *quarterly* comparative summary of sales by total military commissary market, by region, and by the most compatible geographic segment of the commercial supermarket industry (e.g. the industry equivalent to total commissary sales in the United States would be total supermarket sales). Report must be in dollars, packages, and equivalized units for all categories of items sold in the commissary.

(b) A *semi-annual* recapitulation of major brand contribution to total category sales for each commissary category.

(c) A *semi-annual* category report detailing the dollar and package share of category sales and current distribution percentage attained by each new item or line (if a multiple introduction) added to commissary stockage during the period.

(d) A *semi-annual* report which shows each category's contribution to total dollar and package sales, and compares these total commissary market and regional indices with comparable supermarket industry geographic areas.

(e) An *annual* report which compares the average number of items stocked per category within the commissary total market and region to comparable supermarket industry geographic areas.

(f) An *annual* report which compares the frequency of promotional activity for each category within the commissary total market and region to comparable supermarket industry geographic areas.

(g) An *annual* ranking report listing the top 250 selling items in the commissary total market, and showing each item's rank within DeCA regions. Report should be sorted and ranked on dollars and list the applicable package sales ranking.

(h) Selected and special reports - *as required*. Special reports would most frequently be required on an individual category basis and will form the basis of on which category plans will be developed. They may include the generation of a variety of performance indices relevant to the category.

(i) Any reports the contractor provides to industry that are not addressed herein.

## TECHNICAL EXHIBIT 2

### CONUS Stores - File Layout

CONUS Format - Category Management Data

| Element | Data | Data Type | MaxLength |
|---|---|---|---|
| 1 | UPC | Character | 13 |
| 2 | DEPT | Character | 10 |
| 3 | DESC | Character | 28 |
| 4 | DIBS | Character | 1 |
| 5 | IM | Character | 9 |
| 6 | PRICE | Character | 12 |

The above is the format in which DeCA will provide data to the contractor. The contractor will actually receive ASCII formatted data, comma delimited. This data will be provided initially on a monthly basis and will be passed with a name representative of the Dept of Defense Activity Address Code (DODAAC) of the specific DeCA site.

Within the CONUS area, there are currently six (6) Regions receiving this same type data. Each Region can have up to 60 stores supplying this data. In a recent poll of this data at one region the file sizes from 33 sites ranged from 257KB to 1.176MB totaling 23,757,165 and averaging 719,914 bytes in size. Realize that the sizes of these files will decrease once ported to a RDBS to remove redundancy.

DeCA Information Infrastructure:

Worldwide Router Network made up of T1, 256KB, 56KB circuits between all sites.

Currently utilize TCP/IP as the transport protocol. Servers include Sequent, HP, and low end UNIX and Windows NT Systems. Work stations utilize Windows, Windows for Work groups, with Sun Micro system PC NFS as the TCP/IP agent. Workstations range in the Intel 386/486 family with 4 to 16 MB memory and 80MB to 1GB hard drive.

Network Path:

DeCA is one of the primary users of the Defense Information Systems Agency (DISA) non-classified Internet Protocol Router (NIPR) network. DISA maintains secured gateways into the Internet. Telnet & FTP sessions will access the Internet through these secured gateways.

DeCA expects the contractor to establish its own Internet connection, either through a provider or establishing their own address through the Network Information Center (NIC).

The telenet sessions established by DeCA will use vt320 terminal emulation.

Contractor should establish their own domain. Telnet sessions will access across domains.

The contractor must support FTP file transfer for files provided by DeCA.

# TECHNICAL EXHIBIT 3

## 10 UNITED STATES CODE SECTION 2487

(a) Authority to limit release.--(1) The Secretary of Defense may limit the release to the public of any information described in paragraph (2) if the Secretary determines that it is in the best interest of the Department of Defense to limit the release of such information. If the Secretary determines to limit the release of any such information, the Secretary may provide for limited release of such information in accordance with subsection (b).

(2) Paragraph (1) applies to those portions of computer data generated by electronic scanners used in military commissaries, and those portion of reports generated by such scanners, that contain the following information:

(A) The unit price of items sold.

(B) The number of units of items sold.

(b) Release under competitively awarded agreements.--The Secretary of Defense may enter into one or more agreements that provide for limited release of information described in subsection (a)(2). The Secretary shall use competitive procedures to enter into each such agreement. Each agreement shall require payment for such information and shall specify the amount of such payment.

(c) Deposit of receipts.--Amounts received by the United States under an agreement described in subsection (b) with respect to a commissary shall be deposited in the Commissary Trust Revolving Fund of the military department under which the commissary is operated.

**TECHNICAL EXHIBIT 4**

**DECA - DSD PROMOTIONAL CALENDAR 1995**

*DeCA MARKETING BUSINESS UNIT*

| | **1ST OF THE MONTH PRICING PERIOD:** | | **MID-MONTH PRICING PERIOD:** | |
|---|---|---|---|---|
| **PROMOTIONAL MONTH** | **DISPLAY PERIOD #1** | **DISPLAY PERIOD #2** | **DISPLAY PERIOD #3** | **DISPLAY PERIOD #4** |
| **JANUARY** | JAN 2 - JAN 8 | JAN 9 - JAN 15 | JAN 16 - JAN 22 | JAN 23 - JAN 31 |
| **FEBRUARY** | FEB 1 - FEB 8 | FEB 9 - FEB 15 | FEB 16 - FEB 22 | FEB 23 - FEB 28 |
| **MARCH** | MAR 1 - MAR 8 | MAR 9 - MAR 15 | MAR 16 - MAR 22 | MAR 23 - MAR 31 |
| **APRIL** | APR 1 - APR 9 | APR 10 - APR 15 | APR 16 - APR 23 | APR 24 - APR 30 |
| **MAY** | MAY 1 - MAY 7 | MAY 8 - MAY 15 | MAY 16 - MAY 23 | MAY 24 - MAY 31 |
| **JUNE** | JUN 1 - JUN 7 | JUN 8 - JUN 15 | JUN 16 - JUN 22 | JUN 23 - JUN 30 |
| **JULY** | JUL 1 - JUL 9 | JUL 10 - JUL 15 | JUL 16 - JUL 23 | JUL 24 - JUL 31 |
| **AUGUST** | AUG 1 - AUG 8 | AUG 9 - AUG 15 | AUG 16 - AUG 23 | AUG 24 - AUG 31 |
| **SEPTEMBER** | SEP 1 - SEP 7 | SEP 8 - SEP 15 | SEP 16 - SEP 22 | SEP 23 - SEP 30 |
| **OCTOBER** | OCT 1 - OCT 8 | OCT 9 - OCT 15 | OCT 16 - OCT 22 | OCT 23 - OCT 31 |
| **NOVEMBER** | NOV 1 - NOV 8 | NOV 9 - NOV 15 | NOV 16 - NOV 22 | NOV 23 - NOV 30 |
| **DECEMBER** | DEC 1 - DEC 7 | DEC 8 - DEC 15 | DEC 16 - DEC 24 | DEC 26 - DEC 31 |

**(48 ONE-WEEK* DISPLAY PERIODS)**

***NOTE: Some of the display periods above are more or less than a 7 day period, depending on where the 1st or 16th day of the month falls.**

**TECHNICAL EXHIBIT 5**

**DECA STORE/REGION SITES/ADDRESSES**

CONUS Locations -- five (5) pages

OCONUS Locations -- ten (10) pages