| region_code | Zone | DODAAC | location | address_1 | address_2 | |
|---|---|---|---|---|---|---|
| Central | 26 | CAF | CM PRICE | Bldg 231 | Granite City | IL |
| Central | 26 | CAU | FT LEAVENWORTH | Bldg 691 | • | • |
| | 26 | CAW | LEONARD WOOD | Bldg 485 | • | • |
| Central | 26 | CAC | LITTLE ROCK AFB AR | Bldg 790 | Little Rock AFB | AR |
| Central | 26 | CAH | ROCK ISLAND | Bldg 334 | Rock Island /arsenal | IL |
| Central | 26 | CAV | SCOTT AFB | Bldg 1980 | • | • |
| Central | 26 | CAX | WHITEMAN AFB | Bldg 411 | • | • |
| Central | 27 | CAK | CRANE IN | Bldg 1894 | Crane NSWC | IN |
| Central | 27 | CAJ | FT BEN HARRISON | Bldg 19 | Fort Ben Harrison | IL |
| Central | 27 | CAM | FT CAMPBELL | Bldg 2702, Michigan Avenue | Fort Campbell | KY |
| Central | 27 | CAN | FT KNOX | Bldg 121 | Fort Knox | KY |
| Central | 27 | CAQ | FT MCCOY | 2137 S. 7th Ave | Fort McCoy | WI |
| Central | 27 | CAG | GREAT LAKES | Bldg 3451 | Great Lakes NTC | IL |
| Central | 27 | CAR | K I SAWYER AFB | | KI Sawyer | MI |
| Central | 27 | CAS | SELFRIDGE | Bldg 701 | Selfridge ANGB | MI |
| Central | 27 | CA7 | WRIGHT PATTERSON AFB | Bldg 1250 | Wright Patterson | OH |
| Central | 28 | CBL | DGSC | Bldg WHSE 30 Section C | Richmond | VA |
| Central | 28 | CBB | FT EUSTIS | Bldg 1382 | Fort Eustis | VA |
| Central | 28 | CBC | FT LEE | Bldg P-1600 | Fort Lee | VA |
| Central | 28 | CBD | FT MONROE | Bldg 181 | Fort Monroe | VA |
| Central | 28 | CBE | FT STORY | Bldg T-505 | Fort Story | VA |
| Central | 28 | CBF | LANGLEY AFB | 51 Spaatz Dr. | Langley AFB | VA |
| Central | 28 | CBG | LITTLE CREEK NAB | Bldg 3445 | Norfolk | VA |
| | 28 | CBH | NORFOLK NB | Bldg CD-7 | Norfolk NB | VA |
| ...ral | 28 | CBJ | OCEANA NAS | Bldg 290 | Virginia Beach | VA |
| ...entral | 28 | CBK | PORTSMOUTH NNSY | Bldg 350 | Portsmouth NNSY | VA |
| Central | 29 | CAZ | CHERRY POINT | BLDG 3918 | Cherry Point, MCAS | NC |
| Central | 29 | CAY | FT BRAGG | Bldg 8-5476A | Fort Bragg | NC |
| Central | 29 | CA2 | MALLONEE VILLAGE | BLDG 6-9344-A | Fort Bragg | NC |
| Central | 29 | CA3 | NEW RIVER MCAS | Bldg 414 | Jacksonville MCAS | NC |
| Central | 29 | CA4 | POPE AFB | Bldg 251 | Pope AFB | NC |
| Central | 29 | CA6 | SEYMOUR JOHNSON AFB | Bldg 3722 | Goldsboro | NC |
| Northeast | 20 | NEQ | BANGOR ANGB | BANGOR ANGB ME 04401-629 | | |
| Northeast | 20 | NER | BRUNSWICK NAS | BRUNSWICK ME 04086-1197 | | |
| Northeast | 20 | NES | CUTLER NCU | E. MACHIAS ME 04630-1000 | | |
| Northeast | 20 | NEH | FT DEVENS | FT DEVENS MA 01433-5760 | | |
| Northeast | 20 | NAA | HANSCOM AFB | HANSCOM AFB MA 01731-629 | | |
| Northeast | 20 | NFV | PORTHSMOUTH | PORTHSMOUTH, NH 43218-23 | | |
| Northeast | 20 | NFL | WINTER HARBOR NSGA | WINTER HARBOR ME 04693-0 | | |
| Northeast | 21 | NE8 | ARDEC | PICATINNY NJ 07806-5000 | | |
| Northeast | 21 | NEY | FT DRUM | FT DRUM NY 13602-5006 | | |
| Northeast | 21 | NE1 | GRIFFISS AFB | ROME NY 13441-6290 | | |
| Northeast | 21 | NE4 | PLATTSBURG AFB | PLATTSBURG NY 12903-6290 | | |
| Northeast | 21 | NE5 | SCOTIA NAU | SCOTIA NY 12302-9460 | | |
| Northeast | 21 | NFD | TOBYHANNA AD | TOBYHANNA PA 18466-5082 | | |
| ...ast | 21 | NE7 | WEST POINT USMA | WEST POINT NY 10996-1597 | | |
| ...ast | 22 | NE2 | FT HAMILTON | BROOKLYN NY 11252-7100 | | |
| ...lortheast | 22 | NEX | FT MONMOUTH | FT MONMOUTH NJ 07703-550 | | |
| Northeast | 22 | NEZ | GOVERNORS ISLAND NSNY | NEW YORK NY 10004-5000 | | |
| [illegible] | [illegible] | ...IE3 | ...TCHEL FIELD NHA | ...ARDEN [illegible] NY ...1530-6794 | | |
| ...Northeast | 22 | ...NEE | ...EW LONDON NSB | GROTON CT 06340-5041 | | |
| Northeast | 22 | NFE | NEWPORT NETC | NEWPORT RI 02481-5060 | | |

| region_code | Zone | DODAAC | location | address_1 | address_2 |
|---|---|---|---|---|---|
| Northeast | 23 | NE9 | CARLISLE BARRACKS | CARLISLE PA 17013-5011 | |
| Northeast | 23 | NFT | KEFLAVIK | FPO AE 09728 | |
| ast | 23 | NFA | KELLY SPT CTR | OAKDALE PA 15071-5000 | |
| ast | 23 | NEV | LAKEHURST NAEC | LAKEHURST NJ 08733-5005 | |
| Northeast | 23 | NEW | MCGUIRE AFB | MCGUIRE AFB NJ 08641-6290 | |
| Northeast | 23 | NFQ | MECHANICSBURG | MECHANICSBURG PA 17055- | |
| Northeast | 23 | NFC | PHILADELPHIA NS | PHILADELPHIA PA 19112-5076 | |
| Northeast | 24 | NEK | ANDREWS AFB | ANDREWS WASH DC 20331-6 | |
| Northeast | 24 | NEL | ANNAPOLIS NS | ANNAPOLIS MD 21402-5066 | |
| Northeast | 24 | NFK | DAHLGREN NSWC | DAHLGREN VA 22448-5000 | |
| Northeast | 24 | NEG | DOVER AFB | DOVER AFB DE 19902-6290 | |
| Northeast | 24 | NFF | FT BELVOIR | FT BELVOIR VA 22060-5696 | |
| Northeast | 24 | NAB | PATUXENT RIVER NAS | PATUXENT RIVER MD 20670-5 | |
| Northeast | 24 | NFJ | QUANTICO MCB | QUANTICO VA 22134-5002 | |
| Northeast | 25 | NEJ | ABERDEEN | ABERDEEN MD 21005-0387 | |
| Northeast | 25 | NEB | BOLLING AFB | BOLLING AFB DC 20332-6290 | |
| Northeast | 25 | NFN | FT DETRICK | FREDERICK MD 21702-5000 | |
| Northeast | 25 | NED | FT MCNAIR | WASH DC 20319-5050 | |
| Northeast | 25 | NEN | FT MEADE | FT GEO G MEADE MD 20755-5 | |
| Northeast | 25 | NFH | FT MYER | ARLINGTON VA 22211-6010 | |
| Northeast | 25 | NEP | FT RITCHIE | FT RITCHIE MD 21719-6020 | |
| Northeast | 25 | NAC | VINT HILL FARMS | WARRENTON VA 22186-5635 | |
| Northeast | 25 | NEF | WALTER REED ARMY MED C | WASH DC 20910-5000 | |
| rn | 1 | SKA | BARKSDALE AFB | BARKSDALE AFB LA 71110-62 | |
| ern | 1 | SKE | COLUMBUS AFB | COLUMBUS MS 39701-5034 | |
| hern | 1 | SKB | FT POLK | FT POLK LA 71459-0925 | |
| Southern | 1 | SKF | GULFPORT NCBC | GULFPORT MS 39501-5011 | |
| Southern | 1 | SKG | KEESLER AFB | BILOXI MS 39534-6290 | |
| Southern | 1 | SKH | MERIDIAN NAS | MERIDIAN MS 39309-5800 | |
| Southern | 1 | SJQ | NEW ORLEANS NAS | NEW ORLEANS LA 70142-500 | |
| Southern | 2 | SK6 | ARNOLD AFB | ARNOLD AFB TN 37389-5000 | |
| Southern | 2 | SJV | ATHENS NSCS | ATHENS GA 30606-5000 | |
| Southern | 2 | SJ6 | CAMP MERRILL | DAHLONGA GA 30533-9499 | |
| Southern | 2 | SJW | FT BENNING | FT BENNING GA 31905-6203 | |
| Southern | 2 | SJY | FT GILLEM | FOREST PARK GA 30050-500 | |
| Southern | 2 | SJD | FT MCCLELLAN | FT MCCLELLAN AL 36205-511 | |
| Southern | 2 | SJ1 | FT MCPHERSON | FT MCPHERSON GA 30050-5 | |
| Southern | 2 | SJB | GUNTER AFB | GUNTER AFB AL 36114-6290 | |
| Southern | 2 | SJC | MAXWELL AFB | MAXWELL AFB AL 36112-6290 | |
| Southern | 2 | SJ9 | MEMPHIS NAS | MILLINGTON TN 38054-6067 | |
| Southern | 2 | SJF | REDSTONE ARSENAL | REDSTONE ARSENAL AL 358 | |
| Southern | 3 | SK5 | CHARLESTON AFB | CHARLESTON AFB SC 29404- | |
| Southern | 3 | SKJ | CHARLESTON NS | CHARLESTON SC 29408-700 | |
| Southern | 3 | SKK | CHARLESTON NWS | CHARLESTON SC 29408-4808 | |
| Southern | 3 | SJZ | FT GORDON | FT GORDON GA 30905-5665 | |
| hern | 3 | SKM | FT JACKSON | FT JACKSON SC 29207-6060 | |
| ern | 3 | SJ2 | FT STEWART | FT STEWART GA 31314-6070 | |
| outhern | 3 | SJ3 | HUNTER AAF | SAVANNAH GA 31409-5191 | |
| outhern | 3 | SKP | PARRIS ISLAND MC | PARRIS ISLAND SC 29905-500 | |
| Southern | 3 | SJ8 | ROBINS AFB | ROBINS AFB GA 31098-6290 | |
| uthern | [illegible] | [illegible] | SHAW AFB | SHAW AFB [illegible] | |
| Southern | 4 | SJG | CECIL FIELD NAS | CECIL FIELD FL 32215-0114 | |

| region_code | Zone | DODAAC | location | address_1 | address_2 |
|---|---|---|---|---|---|
| Southern | 4 | SKU | FT BUCHANAN | APO MIAMI 00934-5075 | |
| Southern | 4 | SJL | JACKSONVILLE NAS | JACKSONVILLE FL 32212-004: | |
| rn | 4 | SJM | KEY WEST NAS | KEY WEST FL 33040-5000 | |
| .ern | 4 | SJ4 | KINGS BAY NSB | KINGS BAY GA 31547-5000 | |
| Southern | 4 | SJN | MACDILL AFB | MACDILL AFB FL 33608-6290 | |
| Southern | 4 | SJ5 | MAYPORT NS | MAYPORT FL 32228-0275 | |
| Southern | 4 | SK4 | ORLANDO NTC | ORLANDO FL 32862-0005 | |
| Southern | 4 | SJP | PATRICK AFB | PATRICK AFB FL 32925-6290 | |
| Southern | 4 | SKT | ROOSEVELT RD | FPO MIAMI 34051-3013 | |
| Southern | 5 | SJU | ALBANY MC | ALBANY GA 31704-5002 | |
| Southern | 5 | SK3 | EGLIN AFB | EGLIN AFB FL 32542-6290 | |
| Southern | 5 | SJH | FT RUCKER | FT RUCKER AL 36362-5373 | |
| Southern | 5 | SJT | HURLBURT AFB | HURLBURT FIELD FL 32544-5( | |
| Southern | 5 | SJ7 | MOODY AFB | MOODY AFB GA 31699-6290 | |
| Southern | 5 | SKC | PENSACOLA NAS | PENSACOLA FL 32500-5350 | |
| Southern | 5 | SJR | TYNDALL AFB | TYNDALL AFB FL 32403-6290 | |
| Southern | 5 | SJS | WHITING FIELD NAS | MILTON FL 32570-5130 | |
| Midwest | 6 | MCX | BROOKS AFB | BROOKS AFB TX 78235-5290 | |
| Midwest | 6 | MCY | CORPUS CRISTI | CORPUS CRISTI TX 78419-521 | |
| Midwest | 6 | MDA | FT SAM HOUSTON | FT SAM HOUSTON TX 78234-5 | |
| Midwest | 6 | MC4 | KELLY AFB | KELLY AFB TX 78241-5000 | |
| Midwest | 6 | MC5 | KINGSVILLE NAS | KINGSVILLE TX 78363-5000 | |
| Midwest | 6 | MC6 | LACKLAND AFB | LACKLAND AFB TX 78236-500( | |
| st | 6 | MC7 | LAUGHLIN AFB | LAUGHLIN AFB TX 78843-5000 | |
| st | 6 | MC8 | RANDOLPH AFB | RANDOLPH AFB, TX 78150-50( | |
| vest | 7 | MCP | ALTUS AFB | ALTUS AFB OK 73523-6290 | |
| Midwest | 7 | MC2 | FT HOOD | FT HOOD TX 76544-5056 | |
| Midwest | 7 | MC3 | FT HOOD II | FT HOOD TX 76544-5056 | |
| Midwest | 7 | MCQ | FT SILL | FT SILL OK 73503-7400 | |
| Midwest | 7 | MC1 | GOODFELLOW AFB | GOODFELLOW AFB TX 76908 | |
| Midwest | 7 | MCR | TINKER AFB | TINKER AFB OK 73145-6290 | |
| Midwest | 7 | MCS | VANCE AFB | VANCE AFB OK 73705-6290 | |
| Midwest | 8 | MDH | CANNON AFB | CANNON AFB NM 88103-6290 | |
| Midwest | 8 | MCZ | DYESS AFB | DYESS AFB TX 79607-6290 | |
| Midwest | 8 | MCW | FT BLISS | FT BLISS TX 79607-0019 | |
| Midwest | 8 | MDG | HOLLOMAN AFB | HOLLOMAN AFB NM 88330-62! | |
| Midwest | 8 | MCN | KIRTLAND AFB | KIRTLAND AFB NM 87117-629( | |
| Midwest | 8 | MC9 | REESE AFB | REESE AFB TX 79489-6290 | |
| Midwest | 8 | MDC | SHEPPARD AFB | SHEPPARD AFB TX 76311-532 | |
| Midwest | 8 | MAC | WHITE SANDS MISSLE PG | WHITE SANDS NM 88002-551ε | |
| Midwest | 9 | MDE | F E WARREN AFB | F E WARREN AFB WY 82005-6 | |
| Midwest | 9 | MCB | FITZSIMMONS AMC | AURORA CO 80045-7010 | |
| Midwest | 9 | MCA | FT CARSON | FT CARSON CO 80913-3005 | |
| Midwest | 9 | MCC | LAJUNTA AFS | LAJUNTA AFS CO 81050-6290 | |
| Midwest | 9 | MCE | PETERSON AFB | PETERSON AFB CO 80914-62! | |
| vest | 9 | MCF | USAF ACADEMY | USAF ACEDEMY CO 80840-62! | |
| st | 10 | MCT | BELLE FOURCH AFS | BELLE FOURCHE AFB 57717-5 | |
| lidwest | 10 | MDB | ELLSWORTH AFB | ELLSWORTH AFB SD 57706-6: | |
| .Midwest | 10 | MAB | FORSYTH AFS | FORSYTH AFB MT 59327-500( | |
| Midwest | 0 | MCG | FT RILEY | FT RILEY K[illegible] 66442-0520 | |
| [illegible] | [illegible] | [illegible] | GRAND [illegible] AFB | GRAND [illegible] AFB ND [illegible] | |
| Midwest | 10 | MCH | MCCONNEL AFB | MCCONNEL AFB KS 67221-62! | |



all

Contract No. DECA01-96-S-0001

| region_code | Zone | DODAAC | location | address_1 | address_2 |
|---|---|---|---|---|---|
| Midwest | 10 | MCL | MINOT AFB | MINOT ND 58705-5000 | |
| Midwest | 10 | MCM | OFFUTT AFB | OFFUTT NE 68113-5000 | |
| ;t | 10 | MDQ | POWELL AFB | POWELL AFB WY 82435-629( | |
| /est | 14 | KLK | BEALE AFB | BEALE AFB CA 95903-6290 | |
| Southwest | 14 | KLN | CASTLE AFB | CASTLE AFB CA 95342-6290 | |
| Southwest | 14 | KMH | DUGWAY | DUGWAY UT 84022-6930 | |
| Southwest | 14 | KMF | FALLON NAS | FALLON NV 89406-5000 | |
| Southwest | 14 | KM7 | HILL AFB | HILL AFB UT 84056-6290 | |
| Southwest | 14 | KL1 | MCCLELLAN AFB | MCCLELLAN AFB CA 95652 | |
| Southwest | 14 | KMB | SIERRA AD | HERLONG CA 96113-5906 | |
| Southwest | 14 | KMM | STOCKTON NCS | STOCKTON CA 95203 | |
| Southwest | 15 | KLJ | ALAMEDA NAS | ALAMEDA CA 94501-0000 | |
| Southwest | 15 | KML | DOD HOUSING/HAMILTON | HAMILTON CA 94949-5000 | |
| Southwest | 15 | KLR | FT ORD | FT ORD CA 93941-7200 | |
| Southwest | 15 | KMJ | HUNTER LEGGETT | HUNTER LEGGETT CA 93928 | |
| Southwest | 15 | KLV | LEMOORE NAS | LEMOORE CA 93246-5020 | |
| Southwest | 15 | KMK | MARE ISLAND NS | VALLEJO CA 94592-5100 | |
| Southwest | 15 | KL2 | MOFFETT FIELD NAS | MOFFETT FIELD CA 94501-51 | |
| Southwest | 15 | KL7 | PRESIDIO | SAN FRANCISCO CA 94219-56 | |
| Southwest | 15 | KMC | TRAVIS AFB | TRAVIS AFB CA 94535-6290 | |
| Southwest | 15 | KMN | TREASURE ISLAND NS | SAN FRANCISCO CA 94130-5C | |
| Southwest | 16 | KLM | CAMP PENDLETON | CAMP PENDLETON CA 92055- | |
| Southwest | 16 | KLU | IMPERIAL BEACH NAS | IMPERIAL BEACH CA 92032-51 | |
| 'est | 16 | KMQ | MIRAMAR NAS | SAN DIEGO CA 92145-5000 | |
| vest | 16 | KMR | NORTH ISLAND NAS | SAN DIEGO CA 92135-5092 | |
| thwest | 16 | KL8 | SAN DIEGO NS | SAN DIEGO CA 92136-5000 | |
| Southwest | 16 | KL9 | SAN DIEGO NTC | SAN DIEGO CA 92133-5000 | |
| Southwest | 16 | KMA | SAN ONOFRE MCB | CAMP PENDLETON CA 92055- | |
| Southwest | 17 | K | EL TORO | EL TORO CA 92709-5002 | |
| Southwest | 17 | KLX | LONG BEACH NS | LONG BEACH CA 90822-5097 | |
| Southwest | 17 | KLW | LOS ANGELES AFB | LOS ANGELES AFB CA 90009 | |
| Southwest | 17 | KL5 | POINT MUGU NAS | POINT MUGU CA 93042-5023 | |
| Southwest | 17 | KL6 | PORT HUENEME NCBC | PORT HUENEME CA 93043 | |
| Southwest | 17 | KME | VANDENBERG AFB | VANDENBERG AFB CA 93437- | |
| Southwest | 18 | KLL | BARSTOW MCLB | BARSTOW CA 92311-5002 | |
| Southwest | 18 | KM6 | CHINA LAKE NWC | CHINA LAKE CA 93555-4166 | |
| Southwest | 18 | KLP | EDWARDS AFB | EDWARDS AFB CA 93523-500( | |
| Southwest | 18 | KLQ | FT IRWIN | FT IRWIN CA 92310-5000 | |
| Southwest | 18 | KLY | MARCH AFB | MARCH AFB CA 92518-6290 | |
| Southwest | 18 | KMD | TWENTYNINE PALMS | TWENTYNINE PALMS CA 9227 | |
| Southwest | 19 | KLB | DAVIS MONTHAN AFB | DAVIS MONTHAN AZ 85707-62 | |
| Southwest | 19 | KMP | EL CENTRO NAF | EL CENTRO CA 92243-5006 | |
| Southwest | 19 | KLC | FT HUACHUCA | FT HUACHUCA AZ 85613-6000 | |
| Southwest | 19 | KLF | LUKE AFB | LUKE AFB AZ 85309-6290 | |
| Southwest | 19 | KMG | NELLIS AFB | NELLIS AFB NV 89191-6290 | |
| S--thwest | 19 | KM5 | YUMA MCAS | YUMA AZ 85369-5002 | |
| vest | 19 | KLH | YUMA PROVING GROUNDS | YUMA AZ 85365-9102 | |
| Northwest Pacifi | 11 | WGC | EIELSON AFB | EIELSON AFB AK 99702-6290 | |
| orthwest Pacifi | 11 | WGD | ELMENDORF AFB | ELMENDORF AK 99506-6290 | |
| Northwest Pacifi | 11 | WGE | FT GREELY | FT GREELY AK 98733-7610 | |
| Northwest P[illegible] | | WGB | FT RICHARDSON | FT RICHARDSON AK [illegible] | |
| Northwest Pacifi | 11 | WGG | FT WAINWRIGHT | FT WAINWRIGHT AK 99703-76 | |

- 22 -

042

Contract No. DECA01-96-S-0001

| region_code | Zone | DODAAC | location | address_1 | address_2 |
|---|---|---|---|---|---|
| Northwest Pacifi | 12 | WGM | BANGOR NSB | BREMERTON WA 98315-5060 | |
| Northwest Pacifi | 12 | WGN | BREMERTON PSNS | BREMERTON WA 98314-5205 | |
| est Pacifi | 12 | WGP | FAIRCHILD AFB | 105 E. Spaatz Road Ste 100 | |
| west Pacifi | 12 | WGQ | FT LEWIS | FT LEWIS WA 98433-5000 | |
| Northwest Pacifi | 12 | WGL | MALMSTROM AFB | MALMSTROM AFB MT 59402-6 | |
| Northwest Pacifi | 12 | WGR | MCCHORD AFB | MCCHORD AFB WA 98438-629 | |
| Northwest Pacifi | 12 | WGH | MOUNTAIN HOME AFB | MOUNTAIN HOME ID 83648-6 | |
| Northwest Pacifi | 12 | WGT | SEATTLE NS | SEATTLE WA 98115-5005 | |
| Northwest Pacifi | 12 | WGU | WHIDBEY ISLAND NAS | OAK HARBOR WA 98278-9100 | |
| Northwest Pacifi | 13 | WHR | BARBERS POINT NAS | BARBERS POINT HI 96862-500 | |
| Northwest Pacifi | 13 | WHT | FT SHAFTER | FT SHAFTER HI 96858-5000 | |
| Northwest Pacifi | 13 | WHU | HICKAM AFB | HICKAM AFB HI 96853-6290 | |
| Northwest Pacifi | 13 | WHV | KANEOHE BAY MCAS | KANEOHE HI 96863-5002 | |
| Northwest Pacifi | 13 | WHW | PEARL HARBOR NB | PEARL HARBOR HI 96860 | |
| Northwest Pacifi | 13 | WHX | SCHOFIELD BARRACKS | WAHIAWA HI 96786-3699 | |
| Northwest Pacifi | 33 | WHY | ANDERSON AFB | APO SF 96334-6290 | |
| Northwest Pacifi | 33 | WH9 | GUAM CDC | FPO AP 9654-2300 | |
| Northwest Pacifi | 33 | WHZ | GUAM NS | FPO SF 96630-5000 | |
| Northwest Pacifi | 34 | WHM | CAMP COURTNEY | APO SF 96239-6290 | |
| Northwest Pacifi | 34 | WHN | CAMP FOSTER | APO SF 96239-6290 | |
| Northwest Pacifi | 34 | WHP | CAMP KINSER | APO SF 96239-5260 | |
| Northwest Pacifi | 34 | WAD | KADENA AB | APO SF 96239-6290 | |
| Northwest Pacifi | 34 | WH5 | KADENA CDC | APO SF 96239-6290 | |
| est Pacifi | 35 | WHD | ATSUGI NAF | FPO SEATTLE 98767 | |
| west Pacifi | 35 | WHE | CAMP KURE | APO SF 96343-0075 | |
| nwest Pacifi | 35 | WG7 | CAMP ZAMA | APO SF 96343-0075 | |
| Northwest Pacifi | 35 | WHJ | IWAKUNI | FPO SEATTLE 98764 | |
| Northwest Pacifi | 35 | WJ2 | KANTO PLAINS | APO AP 96343-0075 | |
| Northwest Pacifi | 35 | WHF | MISAWA AFB | APO SF 96519-6290 | |
| Northwest Pacifi | 35 | WHG | SAGAMI | APO SF 96343-0075 | |
| Northwest Pacifi | 35 | WHH | SAGAMIHARA | APO SF 96343-0075 | |
| Northwest Pacifi | 35 | WAC | SASEBO NB | FPO SEATTLE 98766-1106 | |
| Northwest Pacifi | 35 | WHL | YOKATA AB | APO SF 96328-6290 | |
| Northwest Pacifi | 35 | WHK | YOKOSUKA CS | FPO SEATTLE 98762-0003 | |
| Northwest Pacifi | 36 | WGX | CAMP CARROLL | APO SF 96460-0286 | |
| Northwest Pacifi | 36 | WGY | CAMP CASEY | APO SF 96224-0289 | |
| Northwest Pacifi | 36 | WG1 | CAMP EDWARDS | APO SF 96251-0384 | |
| Northwest Pacifi | 36 | WG4 | CAMP HUMPHREYS | APO SF 96271-0164 | |
| Northwest Pacifi | 36 | WG5 | CAMP PAGE | APO SF 96358-0213 | |
| Northwest Pacifi | 36 | WG6 | CAMP STANLEY | APO SF 96358-0213 | |
| Northwest Pacifi | 36 | WG2 | CHINHAE NAS | FPO SEATTLE WA 98769-2300 | |
| Northwest Pacifi | 36 | WG3 | HANNAM VILLAGE | APO SF 96301-0088 | |
| Northwest Pacifi | 36 | WG8 | KUNSAN AB | APO SF 96264-6290 | |
| Northwest Pacifi | 36 | WG9 | OSAN AB | APO SF 96570-5270 | |
| Northwest Pacifi | 36 | WHA | PUSAN FAC | APO SF 96259-0271 | |
| west Pacifi | 36 | WHB | TAEGU AB | APO SF 96218-0179 | |
| vest Pacifi | 36 | WHC | YONGSAN | APO SF 96301-0088 | |

DOO May 11, 1995

UNITED KINGDOM AREA - CMT

E1B
NBURY COMMISSARY
648
RAF ALCONBURY, UK
APO AE 09470
TROOP SUPPORT HQCZZA
US AIR FORCES IN EUROPE
VALUE MART AUG 4, 92

HQCE12
EDZELL COMMISSARY
PSC 807, BOX 1400
25
NEW BRECHIN, SCOTLAND
FPO AE 09419
COMNAVSECGRUCOM

HQCE1E
CHICKSANDS COMMISSARY
354
SG17 5PZ RAF CHICKSANDS, UK
APO AE 09465
TROOP SUPPORT HQCZZC
US AIR FORCES IN EUROPE
V LUE MART AUG 4, 94

E1F
IRFORD COMMISSARY
UNIT 4820, PSC 36
669
RAF FAIRFORD, UK
APO AE 09456
TROOP SUPPORT HQCZZF
US AIR FORCES IN EUROPE

HQCZZD
US AIR FORCES IN EUROPE
CROUGHTON COMMISSARY
UNIT 5480
BICHESTER, ENGLAND
200
APO AE 09494-5480
US AIR FORCES IN EUROPE
OPENED AUG 16, 94

HQCE1H
LAKENHEATH COMMISSARY
UNIT 5250, BOX 395
1081
RAF LAKENHEATH, UK
APO AE 09464-0395
FOLK, UK
OP SUPPORT HQCZZF
S AIR FORCES IN EUROPE

HQCE11
MENWITH HILL COMMISSARY
PSC 48, 35
RAF MENWITH HILL STATION, UK
APO AE 09468
US AIR FORCES IN EUROPE

HQCE1P
UNITED KINGDOM CDC
1081, UNIT 5050
RAF LAKENHEATH, UNITED KINGDOM
APO AE 09464-5450
US AIR FORCES IN EUROPE

HQCE1J
MILDENHALL COMMISSARY
131, UNIT 4995
RAF MILDENHALL, UK
APO AE 09459
US AIR FORCES IN EUROPE

HQCE1A
UK AREA - CMT
RAF FELTWELL, UK
UNIT 1025, BOX 450
30
CITY CODE IP 26 4HH
APO AE 09461-5450
US AIR FORCES IN EUROPE

HQCZZZ
THULE TROOP SUPPORT
THULE AB, GREENLAND
APO AE 09023-5000
US AIR FORCES IN EUROPE

HQCLAA
NAVY EXCHANGE DETACHMENT
FPO AE 09519-5452
NAVY EXCHANGE DET
US NAVAL FACILITY
416
BRAWDY, WALES, UK
NAVY EXCHANGE DET
US NAVAL ACTIVITY
PCS 808, BOX 580
FPO AE 09420
CINC ATLANTIC FLEET



244

**DOO** **May 11, 1995**

**UNITED KINGDOM AREA - CMT**

LAB
Y EXCHANGE DETACHMENT
PCS 805, UNIT 50144
FPO AE 09422-0003
NAVY EXCHANGE DET
NAVAL WEAPONS FACILITY DET
72
MACHRIHANISH, SCOTLAND
NAVY EXCHANGE DETACHMENT
US NAVAL ACTIVITY
FPO AE 09510-1000
CINC ATLANTIC FLEET

HQCLAP
NAVY EXCHANGE DETACHMENT
PSC 802, BOX 98
FPO AE 09499-0003
NAVY EXCHANGE DET
US NAVAL ACTIVITIES UK
BLDG HQ7
LONDON, ENGLAND
NAVY EXCHANGE DET
US NAVAL ACTIVITY
BOX 46
[illegible] AE 09510-1000
CUSNAVEUR

[illegible]CLAE
NAVY EXCHANGE DETACHMENT
PSC 821, BOX 46
FPO AE 095421-0003
NAVY EXCHANGE DET
CDR US NAVAL ACTIVITIES, UK
BLDG 101
WEST RUISLIP, ENGLAND
NAVY EXCHANGE DET
US NAVAL ACTIVITY
BOX 46
FPO AE 09510-1000
CINCUSNAVEUR

**ZONE 30**
HQCE1H
LAKENHEATH COMMISSARY
UNIT 5250, BOX 395
1081
RAF LAKENHEATH, UK
APO AE 09464-0395

**DOO** **May 11, 1995**

**EUR REG - OPS MANAGED**

32C
..MHOLDER COMMISSARY
BLDG 8575 AUF DEM PLATZ
55774 BAUMHOLDER, GE
APO AE 09034
US ARMY EUROPE

HQCE3K
CHIEVRES COMMISSARY
BLDG 120
7950 CHIEVRES, BELGIUM
APO AE 09708
US ARMY EUROPE

HQCE2E
BITBURG COMMISSARY
BLDG 77
54634 BITBURG, GE
APO AE 09132
TROOP SUPPORT HQCZZX
US AIR FORCES IN EUROPE
MINI COM
VALUE MART AUG 4, 92

E2H
HEIM COMMISSARY
DG 6345
..01 DEXHEIM, GE
APO AE 09110
US ARMY EUROPE

HQCE2C
BAD KREUZNACH COMMISSARY
BLDG 5607 ALZEYER STRASSE
55543 BAD KREUZNACH, GE
APO AE 09252
CLOSE FY 94
US ARMY EUROPE

HQCE2M
HEIDELBERG COMMISSARY
BLDG 3850 CZEWRNY RING 1
69115 HEIDELBERG, GE
APO AE 09102
US ARMY EUROPE

HQCE7B
KARLSHRUHE COMMISSARY
BLDG 9063 ERZBERGER STRASSE
7500 KARLSRUHE, GE
.PO AE 09164
ARMY EUROPE

HQCE2U
NEUBRUECKE COMMISSARY
BLDG 9944
55768 NEUBRUECKE, GE
APO AE 09094
US ARMY EUROPE

HQCEZN
IDAR OBERSTEIN COMMISSARY
BLDG 9025
55743 IDAR OBERSTEIN, GE
APO AE 09262
US ARMY EUROPE

HQCE2V
PIRMASENS COMMISSARY
BLDG 4525 KONARD-KREZ B10
6780 PIRMASENS, GE
APO AE 09189
US ARMY EUROPE

HQCE2T
MANNHEIM COMMISSARY
BLDG 313-H FUERTHER STRASSE
68309 MANNHEIM, GE
APO AE 09086
US ARMY EUROPE

HQCE28
RAMSTEIN COMMISSARY
BLDG 1200
06877 RAMSTEIN, GE
APO AE 09094-6290
US AIR FORCES IN EUROPE

HQCE3V
SCHINNEN COMMISSARY
BLDG T-25 BORGERWEG 10
SCHINNEN, HOLLAND
APO AE 09703
US ARMY EUROPE

HQCE23
VOGELWEH COMMISSARY
BLD 2011 KSLN/VOGELWEH
6792 VOGELWEH, GE
APO AE 09094
US AIR FORCES IN EUROPE

DOO May 11, 1995

EUR REG - OPS MANAGED

E2Z
BACH COMMISSARY
BLD GEB 88 SEMBACH FLUGPLATZ
D-67681 SEMBACH FLUGPLATZ, GE
APO AE 09130
TROOP SUPPORT HQCZZV
US AIR FORCES IN EUROPE

HQCE25
WORMS COMMISSARY
BLDG 5010 BEBELSTRASSE
6520 WORMS, GE
APO AE 09058
US ARMY EUROPE

HQCE2Y
SPANGDAHLEM COMMISSARY
BLDG 173, SPANGDAHLEM FLUGPLATX
54529 SPANGDAHLEM, GE
APO AE 09126-5000
TROOP SUPPORT HQCZZW
US AIR FORCES IN EUROPE

ROPE HQ
EOO
CA-EU
NIT 3060
APO AE 09094-3060
US ARMY EUROPE

HQCE29
CENTRAL GERMANY CDC
BLDG 7987, GERMERSHEIM DEPOT
CMR 425, BOX 17
76726 GERMERSHEIM, GE
APO AE 09095
EXISTING
US ARMY EUROPE

**ZONE 32**
VOGELWEH COMMISSARY
2011, UNIT 3063
VOGELWEH AIR BASE, GE
APO AE 09094

DOO

May 11, 1995

HQCE5S
ATHENS COMMISSARY
FORD SINGROU AVENUE 107
09255 ATHENS, GREECE
APO AE 09841
US AIR FORCES IN EUROPE

HQCE5V
COSTANZO COMMISSARY
VIA SIGONELLA COMMISSARY
PSC 824, BOX 2700
APO AE 09627-2700
CINCUSNAVEUR

HQCE5W
AVIANO COMMISSARY
141
33081 AVIANO AB, ITALY
APO AE 09601
TROOP SUPPORT HQCZZH
US AIR FORCES IN EUROPE

HQCE5E
DHAHRAN COMMISSARY
1000
DHAHRAN, SAUDI ARABIA
APO AE 09858-6814
ARMY CENTRAL COMMAND

HQCE5B
CAIRO COMMISSARY
UNIT 64901, BOX 42, 9999
CAIRO, EGYPT
APO AE 09839-4901
US ARMY EUROPE

HQCE5Y
INCIRLIK COMMISSARY
877
UNIT 7105, BOX 195
01340 INCIRLIK, ADANA, TURKEY
APO AE 09824-5195
TROOP SUPPORT HQCZZK
US AIR FORCES IN EUROPE
MINI COM

HQCE5H
IZMIR COMMISSARY
40 SAIR ESREF BULVARI
03560 IZMIR AB, TURKEY
APO AE 09821
TROOP SUPPORT HQCZZM
US AIR FORCES IN EUROPE

HQCE5X
NAPLES COMMISSARY
13 VIA E. SCARFOGLIO
081 AGNANO NAPLES, ITALY
FPO AE 09619-3500
CINCUSNAVEUR

HQCE5L
LAJES FIELD COMMISSARY
T-326 LAJES FIELD AB
TERCEIRA ISLAND, AZORES
APO AE 09720
TROOP SUPPORT HQCZZN
US AIR FORCES IN EUROPE

HQCE5M
RIYADH COMMISSARY
0-1
RIYADH, SAUDI ARABIA
APO AE 09803-1310
ARMY CENTRAL COMMAND

HQCE5J
LIVORNO COMMISSARY
725, 56018 TIRRENIA
PISA, ITALY
APO AE 09613
US ARMY EUROPE

HQCE5U
ROTA COMMISSARY
40 PO, PSC 819, BOX 32
11520 NS ROTA, SPAIN
FPO AE 09645-3100
CINCUSNAVEUR

DOO

May 11, 1995

HQCE5V
SIGONELLA COMMISSARY
193 US NAVAL AIR STATION
PSC 824, BOX 2700
095 SIGONELLA (CATANIA), ITAL
FPO AE 09627-2700
CINCUSNAVEUR

HQCE5Q
VICENZA COMMISSARY
302 VIALE DELLA PACE
36100 VICENZA, ITALY
APO AE 09630
US ARMY EUROPE

HQCL5Z
NAVY EXCHANGE DETACHMENT
FPO AE 09612-0051
NAVY EXCHANGE
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

HQCLAJ
NAVY EXCHANGE DETACHMENT
US NAVAL SUPPORT ACTIVITY
FPO AE 09645-1000
NAVY EXCHANGE
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

HQCLAL
NAVY EXCHANGE DETACHMENT
PSC 810, BOX 44
FPO AE 09619-0044
NAVY EXCHANGE DET
PINETAMARE 81030
627
CASERTA, ITALY
DSN

NAVY EXCHANGE
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

HQCLAD
NAVY EXCHANGE DETACHMENT
US NAVAL SUPPORT ACTIVITY
PSC 803, BOX 13
ST MAWGAN, ENGLAND
APO AE 09415-0003
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

**ZONE 37 - MEDITERRANEAN**
NAPLES COMMISSARY
13
NAVAL SUPPORT ACTIVITY
PSC 810, PO BOX 44
NAPLES, IT
FPO AE 09619-3500

HQCLAQ
NAVY EXCHANGE DETACHMENT
US NAVAL SUPPORT ACTIVITY
407
MORON, SPAIN
APO AE 09643
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

HQCLAK
NAVY EXCHANGE DETACHMENT
US NAVAL SUPPORT ACTIVITY
FPO AE 09865
NAVY EXCHANGE DET
US NAVAL SUPPORT ACTIVITY
2, PSC 814, BOX 24
SOUDA BAY, CRETE, GREECE
NAVY EXCHANGE
US NAVAL SUPPORT ACTIVITY
FPO AE 09521
CINCUSNAVEUR

249

DOO

May 11, 1995

REGION ZONE
DEFENSE COMMISSARY AGENCY
EUROPE
DeCA/EU/ZM/CD
UNIT 3060
APO 09094

HQCLAR
NAVY EXCHANGE DETACHMENT
US NAVAL SUPPORT ACTIVITY
NATIONAL SUPPORT UNIT HQ
CDR, IBERIAN ATLANTIC AREA
FPO AE 09726
LISBON, PORTUGAL
CINCUSNAVEUR

DOO

May 11, 1995

WUERZBURG DISTRICT

:3B
. :AFFENBURG COMMISSARY
688 RHOENSTRASSE
63743 ASCHAFFENBURG, GE
APO AE 09089
US ARMY EUROPE

HQCE2B
BABENHAUSEN COMMISSARY
4615 ASCHAFFENBURGSTR
64832 BABENHAUSEN, GE
APO AE 09089
US ARMY EUROPE

HQCE4C
ANSBACH COMMISSARY
5805
91522 KATTERBACH, GE
APO AE 09250
CLOSED TBD FY 94
US ARMY EUROPE

HQCE4E
BAD AIBLING COMMISSARY
FLIEGERHORST POSTFACH 1425
;8 BAD AIBLING, GE
AE 09098
ARMY EUROPE

HQCE4D
AUGSBURG COMMISSARY
94 BGM - ACKERMANNSTR 91
86156 AUGSBURG, GE
APO AE 09178-0505
US ARMY EUROPE

HQCE3D
BAD KISSINGEN COMMISSARY
93 OSTRING
97688 BAD KISSINGEN, GE
APO AE 09226
US ARMY EUROPE

HQCE2D
BAD NAUHEIM COMMISSARY
5618 PATTON AVE 2-4
21103 BAD NAUHEIM, GE
APO AE 09074
US ARMY EUROPE

HQCE2G
MSTADT COMMISSARY
,2 SHEPP ALLEE 95
4295 DARMSTADT, GE
APO AE 09175
US ARMY EUROPE

HQCE3M
BUEDINGEN COMMISSARY
2235
6470 BUEDINGEN, GE
APO AE 09076
US ARMY EUROPE

HQCE2J
FRANKFURT COMMISSARY
1571, ESCHERSHELMER #166
60320 FRANKFURT, GE
APO AE 09228
US ARMY EUROPE

HQCE3E
BAMBERG COMMISSARY
7123 ZOLLNER STRASSE
96052 BAMBERG, GE
APO AE 09139
US ARMY EUROPE

HQCE4F
FUERTH COMMISSARY
WALDSTRASSE 103
90763 FUERTH, GE
APO AE 09222
US ARMY EUROPE

HQCE4J
GARMISCH COMMISSARY
501 BAHNHOESTRASSE 11
82467 BARMISCH, GE
APO AE 09053
US ARMY EUROPE

HQCE4L
GRAFENWOEHR COMMISSARY
140
92655 GRAFENWOEHR, GE
APO AE 09114
US ARMY EUROPE

HQCE3N
GELNHAUSEN COMMISSARY
1806 PARKSTRASSE
6460 GELNHAUSEN, GE
APO AE 09165
US ARMY EUROPE

HQCE36
GIEBELSTADT COMMISSARY
BLDG 550
97232 GIEBELSTADT, GE
APO AE 09189
US ARMY EUROPE

251

DOO May 11, 1995

WUERZBURG DISTRICT

E3Q
.SSEN COMMISSARY
SIEMENSTRASSE 15-17
35394 GIESSEN, GE
APO AE 09169-4400
US ARMY EUROPE

HQCE3P
HANAU COMMISSARY
500
63457 HANAU, GE
APO AE 09165
US ARMY EUROPE

HQCE4S
HOHENFELS COMMISSARY
63 HAUPTSTRASSE
?2366 HOHENFELS, GE
APO AE 09173-5411
US ARMY EUROPE

HQCE3T
KITZINGEN COMMISSARY
186
`20 KITZENGEN, GE
AE 09031
US ARMY EUROPE

HQCE4P
ILLESHEIM COMMISSARY
6509
91471 ILLESHEIM, GE
APO AE 09140
US ARMY EUROPE

HQCE3S
KIRCHGOENS COMMISSARY
4681
35510 KIRCHGOENS, GE
APO AE 09045
US ARMY EUROPE

HQCE4Q
KELLEY BARRACKS COMMISSARY
3316
70567 STUTTGART/MOEHRINGER, GE
APO AE 09107
US ARMY EUROPE

HQCE2Q
INZ COMMISSARY
.7 MARTIN L. KING
00 MAINZ, GE
.PO AE 09185
CLOSE FY 94
[illegible]

HQCE2S
MCCULLY BARRACKS COMMISSARY
6241 FRIEDRICHSTRASSE
6501 WACKENHEIM, GE
EUROPE 3APO AE 09185
US ARMY EUROPE

HQCE4V
PATCH BARRACKS COMMISSARY
BAU 2350 OHIO STRASSE
70569 STUTTGART/VAIHIGEN, GE
APO AE 09131-4377
US ARMY EUROPE

HQCE41
VILSECK COMMISSARY
2204
92249 VILSECK, GE
APO AE 09112
US ARMY EUROPE

HQCE4U
PANZER BARRACKS COMMISSARY
2957 PANZER STRASSE
71032 BOEBLINGERN, GE
APO AE 09046
US ARMY EUROPE

HQCE33
WUERZBURG COMMISSARY
BLDG 187
97074 WUERZBURG, GE
APO AE 09244
US ARMY EUROPE
VALUE MART, MAY 28, 93

HQCE2X
RHEIM MAIN COMMISSARY
166 FRANKFURT/MAIN
6000 RHEIN MAIN, GE
APO AE 09097-7490
TROOP SUPPORT HQCZZU
US AIR FORCES IN EUROPE
MINI COM
VALUE MART AUG 4, 92

HQCE24
WIESBADEN COMMISSARY
7765
66894 WIESBADEN, GE
APO AE 09096
US ARMY EUROPE

252

DOO

May 11, 1995

WUERZBURG DISTRICT

E3W
.WEINFURT COMMISSARY
502
97424 SCHWEINFURT, GE
APO AE 09033
US ARMY EUROPE

HQCE3A
WUERZBURG DISTRICT HQ
HARVEY BARRACKS, UNIT 26124
BLDG 109/97318 KITZINGEN
APO AE 09031
US ARMY EUROPE

ZONE 31
HQCE24
WIESBADEN COMMISSARY
7765
UNIT 5250, BOX 395
APO AE 09464-0395