# SECTION E

## INSPECTION AND ACCEPTANCE

E.1 52.246-2 INSPECTION OF SUPPLIES -- FIXED PRICE (JUL 1985)
(Reference 46.302)

E.2 52.246-4 INSPECTION OF SERVICES -- FIXED-PRICE (FEB 1992)
(Reference 46.304)

E.3 52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1994)
(Reference 46.316)

E.4 INSPECTION AND ACCEPTANCE

a. The inspection and acceptance point for all services performed under this contract will be the Defense Commissary Agency, Fort Lee, Virginia, unless otherwise specified in the performance of work under this contract.

b. The performance by the Contractor and the quality of work delivered, including services rendered, and any documentation or written material in support thereof, shall be subject to continuous inspections, surveillance, and review for acceptance by the Contracting Officer or their duly authorized representative(s).

# SECTION F

## DELIVERIES OR PERFORMANCE

F.1 52.212-13 STOP WORK ORDER (AUG 1989)

a. The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for under this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with it's terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within an extension of that period to which the parties shall have agreed, the Contracting Officer shall either --

(1) cancel the stop-work order; or

(2) terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

b. If a stop-work order issued under this clause is cancelled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if --

(1) the stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) the Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

c. If a stop-work order is not cancelled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

d. If a stop-work order is not cancelled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop work order.

(End of clause)

F.2 PERIOD OF PERFORMANCE

The term of any contract awarded as a result of this solicitation will extend from 01 Jan 1996 through 31 Dec 1998 (three year term). The contract will also contain two (2) one-year option periods, which may be exercised by the Government to extend the term of the contract, pursuant to the terms of this contract.

F.3 DELIVERABLES

All deliverables under this contract shall be provided to the addresses specified by the Contracting Officer, but shall normally be an office within, or near, the following facility :

Defense Commissary Agency (DeCA)
Operations Center
Bldg 11200
Fort Lee, VA 23801-6300.

# SECTION G

## CONTRACT ADMINISTRATION DATA

G.1 ADMINISTRATION OF CONTRACT

All contract administration will be effected by the duly assigned Contracting Officer located at the following DeCA activity :

Defense Commissary Agency (DeCA)
East Service Center
Contracting Division (ES-AM)
Bldg 11200, 38th Street & E Avenue
Fort Lee, VA 23801-6300

or their successor activity.

No changes in, or deviation from, the scope of work shall be effected without a written modification to the contract executed by the Contracting Officer.

# SECTION H

## SPECIAL CONTRACT REQUIREMENTS

H.1 RELEASE OF NEWS INFORMATION

No news release (including photographs and films, public announcements of denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program hereunder shall be made without the prior written consent of the Corporate Communications Office, HQ/DeCA, Fort Lee, VA.

H.2 AUTHORITY

The Contractor shall not in any way represent that he is a part of the United States Government, or that he has the authority to contract or procure supplies on the credit of the United States of America.

H.3 LIABILITY TO THIRD PARTIES

The Contractor shall be responsible for and hold the Government harmless, from all claims on the part of persons not a party to this contract for personal injury, death, and property loss or damage caused in whole or in part by the fault or negligence of the contractor, his officers, agents, or employees in the performance of work under this contract.

H.4 VEHICLE OPERATION, REGISTRATION AND INSURANCE

a. All vehicles (i.e. private-owned, Contractor-owned, rental) shall be properly registered, licensed, insured and safety-inspected in accordance with all applicable federal, state and local regulations. All vehicles to be operated on the Military Reservation must be registered at the installation within forty-eight hours after arrival at the installation. Evidence of compliance with the following automotive liability coverage must be presented upon application for vehicle registration :

(1) for Contractor-owned vehicles : Bodily Injury - $200,000 per person, $500,000 per occurrence; Property Damage - $20,000 per occurrence.

(2) for privately-owned and rental vehicles : Bodily Injury & Property Damage insurance meeting the requirements of the State in which the vehicle is registered.

b. Vehicles licensed or registered in a state which requires a mechanical safety inspection must display a valid inspection sticker.

c. All vehicles operating at the installation are subject to the installation traffic code.

H.5 PERMITS AND RESPONSIBILITIES

The Contractor shall, without additional effort by the Government, be responsible for obtaining any necessary licenses and permits, giving all notices, and complying with any applicable Federal, State and local laws, codes, and regulations in connection with the supplies / services covered by this contract.

H.6 TAXES

a. Notwithstanding any other part of this contract, the Contractor assumes complete and sole liability for all Federal, State and local taxes applicable to this contract.

b. The Contractors warrants that the amount payable to the Government has not been reduced by the amount of any tax or duty from which the Contractor is exempt. If any such tax or duty has been included in the pricing or consideration, through error or otherwise, the contract pricing or consideration will correspondingly adjusted. If for any reason after the contract date, the Contractor is relieved in whole or in part from the payment or the burden of any tax or duty included in the contract pricing or other consideration, the contract pricing or consideration will correspondingly adjusted.

H.7 RELATIONSHIP BETWEEN GOVERNMENT, CONTRACTOR AND CONTRACTOR PERSONNEL

a. The Government and the Contractor understand and agree that the services to be performed under this contract by the Contractor are non-personal services and the parties agree that no employer-employee or master-servant relationship exist or will exist under the contract between the Government and the Contractor and/or between the Government and the Contractor's personnel. The contractor personnel shall be responsible, not to the Government, but solely to the Contractor, who, in turn, shall be accountable to the Government.

b. The Government shall not exercise any supervision or control over contractor personnel performing services under this contract. Contractor personnel shall not be placed under the supervision, direction, or evaluation of a Federal officer, military or civilian, in connection with performance under this contract. Likewise, contractor personnel shall not be placed in a position of command, supervision, administration or control over DoD military or civilian personnel, or personnel of other prime contractors performance under this contract.

c. The Contractor shall be responsible for selecting personnel who are well qualified to perform the regulated services, for supervising techniques used in their work and for keeping them informed of all improvements, changes and method of operation.

d. Rules, regulations, directives and requirements which are issued during the contract term by DoD Military Command authorities, under their responsibility for law and order, administration, and security on the installation shall be applicable to all contractor personnel or representatives who enter the installation, or who travel on Government transportation. This requirement shall not be construed or interpreted to establish any degree of Government control which is inconsistent with the intent of a non-personal services contract. Contractor personnel or representatives shall be subject to such checks as may be deemed necessary to assure that their presence on the installation does not violate these requirements. No employee shall be permitted on the installation when such a check reveals that his presence would be detrimental to the security of the installation or the accomplishment of work. When directed by the Contracting Officer, the contractor shall remove any employee from an assignment to perform services under this contract for reasons of misconduct or breaches of security in connection with his or her employment. Under such circumstances, replacement cost will be solely a Contractor expense and not reimbursable by the Government. In other circumstances, the Contractor shall take appropriate personnel action as required in the event of the employee misconduct in connection with his or her employment.

e. The services to be performed under this contract shall not require the Contractor or his employees to exercise personal judgement and discretion on behalf of the Government, but rather, the Contractor's employees shall act and exercise personal judgement and discretion on behalf of the contractor.

f. Contractor and Contractor personnel shall not be considered employees of the Federal Government and shall not be eligible, by virtue of performance under this contract, for payment by the Government of entitlements and benefits accorded federal employees.

g. The entire consideration to the Contractor for performance of this contract is contained in this contract.

SECTION I
CONTRACT CLAUSES

I.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

(End of clause)

i.2 252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) Definition. "Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the Contracting Officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the Contracting Officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

I.3 52.202-1 DEFINITIONS (SEPT 1991)
(Reference 2.201)

I.4 52.203-1 OFFICIALS NOT TO BENEFIT (APR 1984)
(Reference 3.102-2)

I.5 52.203-3 GRATUITIES (APR 1984)
(Reference 3.202)

I.6 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)
(Reference 3.404(c))

I.7 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985)
(Reference 3.503-2)

I.8 52.203-7 ANTI-KICKBACK PROCEDURES (OCT 1988)
(Reference 3.502-3)

| | | |
|---|---|---|
| I.9 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990) (Reference 3.104-10(c)) |
| I.10 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) (Reference 3.808(b)) |
| I.11 | 252.203-7000 | STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES (DEC 1991) (Reference 03.170-4) |
| I.12 | 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993) (Reference 03.570-5) |
| I.13 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992) (Reference 9.409(b)) |
| I.14 | 52.215-1 | EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993) (Reference 15.106-1(b)) |
| I.15 | 52.215-2 | AUDIT--NEGOTIATION (FEB 1993) (Reference 15.106-2(b)) |
| I.16 | 52.215-26 | INTEGRITY OF UNIT PRICES (APR 1991) (Reference 15.812-2(a)) |
| I.17 | 52.215-33 | ORDER OF PRECEDENCE (JAN 1986) (Reference 15.406-3(b)) |
| I.18 | 52.217-8 | OPTION TO EXTEND SERVICES (AUG 1989) |

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

(End of clause)

I.19 OPTION TO EXTEND THE TERM OF THE CONTRACT (FAR 52.217-9) (52.0017-501)

a. The Government may extend the term of this contract by written notice to the Contractor at Least 15 calendar days prior to expiration of the current contract period; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

b. If the Government exercises this option, the extended contract shall be considered to include this option provision.

c. The total duration of this contract, including the exercise of any options under this clause, shall not exceed 66 months.

I.20 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)
(Reference 19.708(a))

I.21 52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)
(Reference 19.902)

I.22 52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)

(a) This acquisition is not a set-aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect (1) entitlement to award in case of tie offers, or (2) offer evaluation in accordance with the Buy American Act clause of this solicitation. In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to

be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50% of the contract price.

____________________ ________________________

____________________ ________________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

(End of provision)

| | | |
|---|---|---|
| I.23 | 52.220-3 | UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)<br>(Reference 20.302(a)) |
| I.24 | 52.222-3 | CONVICT LABOR (APR 1984)<br>(Reference 22.202) |
| I.25 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (MAR 1986)<br>(Reference 22.305) |
| I.26 | 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)<br>(Reference 22.1308(a)() |
| I.27 | 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)<br>(Reference 22.1408(a)) |
| I.28 | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)<br>(Reference 22.1308(b)) |
| I.29 | 52.223-6 | DRUG-FREE WORKPLACE (JUL 1990)<br>(Reference 23.505(b)) |
| I.30 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)<br>(Reference 25.704) |

| | | |
|---|---|---|
| I.31 | 52.227-1 | AUTHORIZATION AND CONSENT (APR 1984)<br>(Reference 27.201-2(a)) |
| I.32 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)<br>(Reference 27.202-2) |
| I.33 | 52.227-3 | PATENT INDEMNITY (APR 1984)<br>(Reference 27.203-1(b)) |
| I.34 | 52.227-14 | RIGHTS IN DATA--GENERAL (JUN 1987)<br>(Reference 27.409(a)(1) |
| I.35 | 252.227-7013 | RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE (OCT 1988)<br>(Reference 27.403-70/7) |
| I.36 | 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION (SEP 1989)<br>(Reference 28.310) |
| I.37 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)<br>(Reference 29.401-3) |
| I.38 | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)<br>(Reference 29.401-5) |
| I.39 | 52.233-1 | DISPUTES (MAR 1994)<br>(Reference 33.215) |
| I.40 | 52.233-3 | PROTEST AFTER AWARD (AUG 1989)<br>(Reference 33.106(b)) |
| I.41 | 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)<br>(Reference 33.7001-7) |
| I.42 | 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984)<br>(Reference 37.110(b)) |
| I.43 | 52.237-3 | CONTINUITY OF SERVICES (JAN 1991) |

(a) The Contractor recognizes that the services under this contract are vital to the Government and must be continued without interruption and that, upon contract expiration, a successor, either the Government or another contractor, may continue them. The Contractor agrees to (1) furnish phase-in training and (2) exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

(b) The Contractor shall, upon the Contracting Officer's written notice, (1) furnish phase-in, phase-out services for up to 90 days after this contract expires and (2) negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct onsite interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

(End of clause)

I.44 52.242-13 BANKRUPTCY (APR 1991)
(Reference 42.903)

I.45 252.242-7000 POSTAWARD CONFERENCE (DEC 1991)

The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation Subpart 42.5.

(End of clause)

I.46 52.243-1 II CHANGES--FIXED-PRICE (AUG 1987)--ALTERNATE II (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed.

(2) Time of performance (i.e., hours of the day, days of the week, etc.).

(3) Place of performance of the services.

(4) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government, in accordance with the drawings, designs, or specifications.

(5) Method of shipment or packing of supplies.

(6) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

(End of clause)
(R 7-1902.2 1971 NOV)
(R 7-103.2 1958 JAN)
(R 1-7.102-2)

I.47 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)
(Reference 43.205-71)

I.48 252.246-7001 WARRANTY OF DATA (DEC 1991)

(a) Definition. "Technical data" has the same meaning as given in the clause in this contract entitled, Rights in Technical Data and Computer Software.

(b) Warranty. Notwithstanding inspection and acceptance by the Government of technical data furnished under this contract, and notwithstanding any provision of this contract concerning the conclusiveness of acceptance, the Contractor warrants that all technical data delivered under this contract will at the time of delivery conform with the specifications and all other requirements of this contract. The warranty period shall extend for three years after completion of the delivery of the line item of data (as identified in DD Form 1423, Contract Data Requirements List) of which the data forms a part; or any longer period specified in the contract.

(c) Contractor Notification. The Contractor agrees to notify the Contracting Officer in writing immediately of any breach of the above warranty which the Contractor discovers within the warranty period.

(d) Remedies. The following remedies shall apply to all breaches of the warranty, whether the Contractor notifies the Contracting Officer in accordance with paragraph (c) of this clause or if the Government notifies the Contractor of the breach in writing within the warranty period:

(1) Within a reasonable time after such notification, the Contracting Officer may--

(i) By written notice, direct the Contractor to correct or replace at the Contractor's expense the nonconforming technical data promptly; or

(ii) If the Contracting Officer determines that the Government no longer has a requirement for correction or replacement of the data, or that the data can be more reasonably corrected by the Government, inform the Contractor by written notice that the Government elects a price or fee adjustment instead of correction or replacement.

(2) If the Contractor refuses or fails to comply with a direction under paragraph (d)(1)(i) of this clause, the Contracting Officer may, within a reasonable time of the refusal or failure--

(i) By contract or otherwise, correct or replace the nonconforming technical data and charge the cost to the Contractor; or

(ii) Elect a price or fee adjustment instead of correction or replacement.

(3) The remedies in this clause represent the only way to enforce the Government's rights under this clause.

(e) The provisions of this clause apply anew to that portion of any corrected or replaced technical data furnished to the Government under paragraph (d)(1)(i) of this clause.

(End of clause)

I.49 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) (Reference 49.504(a)(1)

I.50 252.100-7000 SUBPART 252.1--INSTRUCTIONS FOR USING PROVISIONS AND CLAUSES

END OF SECTION I

# SECTION J

## LIST OF ATTACHMENTS

The following documents are attachments to this contract, and are incorporated in their entirety as a part of the contract :

Atch 1 : Marketing and Management, Inc. Contract/Payment Proposal (Volume I), dated August 10, 1995

Atch 2 : Marketing and Management, Inc. Technical Proposal (Volume II), dated August 10, 1995

Atch 3 : Marketing and Management, Inc. correspondence of October 6, 1995, which provided clarification to specific questions raised by DeCA (6 pages).