# In the United States Court of Federal Claims

**99-194C**

**Filed: May 21, 2004**

**MARKETING & MANAGEMENT INFO., INC.,**

**v.**

**THE UNITED STATES**

**Appendix to Dft's Motion in Limine**
**Volume 2 of 2, Pages 98 through 261, Filed Under Seal**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.