**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARKETING AND MANAGEMENT INFORMATION, INC. ,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-194C** |
| | ) | **(Judge Bruggink)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED REQUEST FOR A CONTINUANCE OF THE TRIAL DATE AND THE PARTIES' PROPOSED REVISIONS TO THE COURT'S SCHEDULING ORDER OF OCTOBER 31, 2003**

Plaintiff, Marketing Management and Information, Inc. (MMI), requests a postponement of the trial date in this case because of the development of unforeseen conflicts of a personal and professional nature. Defendant, the United States, does not oppose MMI's request for an extension of the trial date. The parties have consulted with one another to suggest a schedule for the remainder of the proceedings in this case, The parties request that the Court amend paragraphs 8, and 10-15 of its Scheduling Order of October 30, 2003, so that they now read as follows:

> 8. On or before July 28, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).
>
> 10. On or before July 8, 2004, both parties shall file their responses to the opposing party's motion in limine.
>
> 11. On or before July 28, 2004, counsel shall meet pursuant to App. A ¶ 13(c).
>
> 12. On or before August 27, 2004, MMI shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(a), and its final lists of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

13. On or before October 4, 2004, the Government shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

14. The pretrial conference shall be held in the courtroom on Thursday, October 21, 2004, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

15. Trial is scheduled to commence on November 2, 2004, in Washington, D.C.

We respectfully request that the Court enter a revised scheduling order consistent with this proposal.

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch:
Civil Division
Department of Justice
Washington, D.C. 20530

Of Counsel:

THOMAS D. RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

Attorneys for Defendant

/s/ Charles J. Cooper by Vincent J. Colatriano
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600
Counsel of Record for Plaintiff

Of Counsel:

VINCENT J. COLATRIANO
DEREK SHAFFER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

Attorneys for Plaintiff

May 28, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on MAY 28, 2004, a copy of "PLAINTIFF'S UNOPPOSED REQUEST FOR A CONTINUANCE OF THE TRIAL DATE AND THE PARTIES' PROPOSED REVISIONS TO THE COURT'S SCHEDULING ORDER OF OCTOBER 31, 2003" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd