# In the United States Court of Federal Claims

No. 99-194C
(Filed: June 9, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's May 28, 2004 unopposed motion for a continuance of the trial date and the parties' proposed revisions to the court's scheduling order of October 30, 2003. The motion is granted. Accordingly, paragraphs 8., and 10. through 15. of the court's October 30, 2003 order are amended as follows:

8. On or before July 28, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).

10. On or before July 8, 2004, both parties shall file their responses to the opposing party's motions in limine.

11. On or before July 28, 2004, counsel shall meet pursuant to App. A ¶ 13(c).

12. On or before August 27, 2004, MMI shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(a), and its final lists of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

13. On or before October 4, 2004, the Government shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its

final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

14. The pretrial conference shall be held from the courtroom Thursday, October 21, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

15. Trial will be held November 2-4, 2004, in Washington, D.C.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge