DEFENSE COMMISSARY AGENCY
HEADQUARTERS
1300 E AVENUE
FORT LEE, VIRGINIA 23801-1800

Contracting Division

January 21, 2004

Ms. JoAnn Piedmont
ACNielsen
220 Lake Drive East, Suite 100
Cherry Hill NJ 08002

Dear Ms. Piedmont:

In accordance with the terms and provisions of the Scanner Data Subscription Agreement, you are hereby provided notice of the Government's intent to exercise the second option period of April 14, 2004 through April 13, 2005 for the sale of DeCA's raw product movement data.

Per paragraph 1 of the Subscription Agreement, the annual subscription price for the second option period has been calculated based on the annual average of the Consumer Price Index (CPI) for 2003, which results in a 4.1 percent increase over option one's (1) price. Applying the increase results in the subscription price increasing to **$773,394.00 per year** payable in quarterly installments of **$193,348.50.**

As a reminder, please note that payments for this data are due at or before the beginning of each quarter. The quarters under this agreement are defined as follows:

| | | | |
|---|---|---|---|
| 1st quarter | 14Apr04 – 13Jul04 | 3rd quarter | 14Oct04 – 13Jan05 |
| 2nd quarter | 14Jul04 – 13Oct04 | 4th quarter | 14Jan05 – 13Apr05 |

Quarterly payments shall be mailed to:

Defense Commissary Agency
CBU, CICDS (ATTN: George W. Herndon, III)
1300 E Avenue
Fort Lee, VA 23801-1800

If you have any questions, please contact George Herndon at (804) 734-8020 or the undersigned at (804) 734-857.

Sincerely,

John P. Lavinus III
Contracting Officer

# DEFENSE COMMISSARY AGENCY
## SCANNER DATA SUBSCRIPTION AGREEMENT

1. A.C. Nielsen Company (ACNielsen), (hereinafter referred to as subscriber), is hereby granted a five-year license to use the Defense Commissary Agency (DeCA) raw product movement data (hereinafter referred to as Data) generated by the front end cash register systems used in the commissaries operated by DeCA worldwide. The payment for this subscription shall be $744,100 for the Base Year of April 14, 2002 through April 13, 2003, with payments of $186,025.00 due at or before the beginning of each quarter, unless earlier canceled as allowed by paragraph 12 of this agreement. Base Year price has been escalated from the previous license agreement based on the CPI for all Urban Consumers (CPI-U) using the non-adjusted U.S. city average for all items (with a base period of 1982-84 equaling 100).

   Each subsequent annual subscription price will be determined using the annual average of this CPI for the preceding year (for example, the change in subscription price for scanner data in 2003 will be based on the annual average of the above-specified CPI for 2002). Access to the CPI data is available on-line by going to the Bureau of Labor Statistics home page at: http://www.bls.gov or by written request to: Office of Publications, Bureau of Labor Statistics, 2 Massachusetts Avenue NE, Room 2850, Washington, DC 20212-0001.

   Subscribers will be notified in writing of the new subscription price no later than February 1st of each year. In the event of a negative CPI, subscription prices will be adjusted downward no lower than the cost of the Base Year price of $744,100.

2. DeCA retains all ownership, right, and title to the Data itself.

3. Data subject of this license consists of a listing by individual commissary stores of the Department of Defense Activity Address Code (DODAAC), Universal Product Codes (UPC), unit price and number of units sold by day of sale, item description, brand name and Reason Code Activity.

4. Payment by money order, company check, certified check (if other than a company check is issued) or cashier's check made payable to "Defense Commissary Agency" must be received before Data will be provided. Payment is to be submitted to the following address:

   Defense Commissary Agency
   CBU, CICST (Attn: Melissa Rios)
   1300 E Avenue
   Fort Lee, VA 23801-1800

The subscribers will be notified of any change in the remit to address or procedures.

5. The terms of this agreement shall apply to the subscriber, its agents, assigns, successors in interest, including those liabilities transferred by merger, consolidation or acquisition (even if the successor is another subscriber). This agreement shall be incorporated into any such transaction document in whole.

6. Subscribers receiving the Data from DeCA shall not release or sell that Data to any other person, entity or association.

7. Subscribers receiving Data shall not release or sell reports based on the Data that reflects units sold by individual stores to any person, entity or association other than interested manufacturers and suppliers of resale products.

8. Data will be provided in electronic format, and made available, in daily increments consolidated into electronic files, for pick-up on a weekly basis on the Thursday after the last day of the previous week, excluding Acts of God. DeCA will place the Data at a specified location on the DeCA server and shall make it available for a period of 20 calendar days. Pick-up of the Data will be the sole responsibility of the subscriber. Failure to make the data available on Thursday, excluding Acts of God, shall entitle the subscriber to a subscription credit for that entire one weeks' reporting period of data.

9. Any misuse of the Data in violation of the license provided by this subscription agreement will constitute grounds for the immediate revocation of the license and cancellation of this subscription. If canceled under this agreement, subscribers will not receive any pro-rata refund.

10. DeCA warrants that for each reporting period, the Data provided will reflect a minimum of 93% of the stores with POS-M systems capable of reporting POS-M Data for that period. No warranty is made or provided for the Data from each individual store or aggregate of the individual Data elements. Should the Data provided fail to meet the 93% requirement, DeCA shall credit the subscribed at the next billing cycle with an amount that reflects the weekly prorated subscription dollar value for the number of stores below the 93% minimum. All other warranties either express or implied are excluded under this agreement.

11. The base period of this subscription shall be for the period of April 14, 2002 through April 13, 2003. The license agreement shall continue uninterrupted on a yearly basis until April 13, 2007 (a total period of five years), providing subscriber does not cancel this agreement at any time by providing written notice to DeCA.

12. Notwithstanding the above, the subscriber or DeCA may cancel this agreement at any time with no less than 90 days written notice to the other party.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Signature by an authorized official of the firm completing this subscription and the signature of the authorized DeCA official shall constitute agreement by the subscriber and DeCA to be bound by the terms and conditions specified herein.

(Signature and Title of Authorized Firm Official) Dated this 6th day of February, 2002

VP Finance

John P. Lavinus III Dated this 8th day of FEBRUARY, 2002

Contracting Officer

DEFENSE COMMISSARY AGENCY
HEADQUARTERS
1300 E AVENUE
FORT LEE, VIRGINIA 23801-1800

January 23, 2003

Mr. Ted File
Information Resources Inc.
550 West Washington Street
Chicago IL 60661-2501

Dear Mr. File:

In accordance with the terms and provisions of the Scanner Data Subscription Agreement, you are hereby provided notice of the Government's intent to exercise the first option period of April 14, 2003 through April 13, 2004 for the sale of DeCA's raw product movement data.

Per paragraph 1 of the Subscription Agreement, the annual subscription price for the first option period has been calculated based on the annual average of the Consumer Price Index (CPI) for 2002, which results in a 1.6 percent increase over the Base Year's price. Applying the increase results in the first option period subscription price increasing to **$756,006 per year** payable in quarterly installments of **$189,001.50**.

As a reminder, please note that payments for this data are due at or before the beginning of each quarter. The quarters under this agreement are defined as follows:

| | | | |
|---|---|---|---|
| 1st quarter | 14Apr03 – 13Jul03 | 3rd quarter | 14Oct03 – 13Jan04 |
| 2nd quarter | 14Jul03 – 13Oct03 | 4th quarter | 14Jan04 – 13Apr04 |

Quarterly payments shall be mailed to:

Defense Commissary Agency
CBU, CICST (ATTN: Melissa Rios)
1300 E Avenue
Fort Lee, VA 23801-1800

If you have any questions, please contact Melissa Rios at (804) 734-8680 or the undersigned at (804) 734-8548.

Sincerely,

John P. Lavinus III
Contracting Officer

# DEFENSE COMMISSARY AGENCY
## SCANNER DATA
## SUBSCRIPTION AGREEMENT

1. Information Resources Inc. (IRI), (hereinafter referred to as subscriber), is hereby granted a five-year license to use the Defense Commissary Agency (DeCA) raw product movement data (hereinafter referred to as Data) generated by the front end cash register systems used in the commissaries operated by DeCA worldwide. The payment for this subscription shall be $744,100 for the Base Year of April 14, 2002 through April 13, 2003, with payments of $186,025.00 due at or before the beginning of each quarter, unless earlier canceled as allowed by paragraph 12 of this agreement. Base Year price has been escalated from the previous license agreement based on the CPI for all Urban Consumers (CPI-U) using the non-adjusted U.S. city average for all items (with a base period of 1982-84 equaling 100).

   Each subsequent annual subscription price will be determined using the annual average of this CPI for the preceding year (for example, the change in subscription price for scanner data in 2003 will be based on the annual average of the above-specified CPI for 2002). Access to the CPI data is available on-line by going to the Bureau of Labor Statistics home page at: http://www.bls.gov or by written request to: Office of Publications, Bureau of Labor Statistics, 2 Massachusetts Avenue NE, Room 2850, Washington, DC 20212-0001.

   Subscribers will be notified in writing of the new subscription price no later than February 1st of each year. In the event of a negative CPI, subscription prices will be adjusted downward no lower than the cost of the Base Year price of $744,100.

2. DeCA retains all ownership, right, and title to the Data itself.

3. Data subject of this license consists of a listing by individual commissary stores of the Department of Defense Activity Address Code (DODAAC), Universal Product Codes (UPC), unit price and number of units sold by day of sale, item description, brand name and Reason Code Activity.

4. Payment by money order, company check, certified check (if other than a company check is issued) or cashier's check made payable to "Defense Commissary Agency" must be received before Data will be provided. Payment is to be submitted to the following address:

   Defense Commissary Agency
   CBU, CICST (Attn: Melissa Rios)
   1300 E Avenue
   Fort Lee, VA 23801-1800

The subscribers will be notified of any change in the remit to address or procedures.

5. The terms of this agreement shall apply to the subscriber, its agents, assigns, successors in interest, including those liabilities transferred by merger, consolidation or acquisition (even if the successor is another subscriber). This agreement shall be incorporated into any such transaction document in whole.

6. Subscribers receiving the Data from DeCA shall not release or sell that Data to any other person, entity or association.

7. Subscribers receiving Data shall not release or sell reports based on the Data that reflects units sold by individual stores to any person, entity or association other than interested manufacturers and suppliers of resale products.

8. Data will be provided in electronic format, and made available, in daily increments consolidated into electronic files, for pick-up on a weekly basis on the Thursday after the last day of the previous week, excluding Acts of God. DeCA will place the Data at a specified location on the DeCA server and shall make it available for a period of 20 calendar days. Pick-up of the Data will be the sole responsibility of the subscriber. Failure to make the data available on Thursday, excluding Acts of God, shall entitle the subscriber to a subscription credit for that entire one weeks' reporting period of data.

9. Any misuse of the Data in violation of the license provided by this subscription agreement will constitute grounds for the immediate revocation of the license and cancellation of this subscription. If canceled under this agreement, subscribers will not receive any pro-rata refund.

10. DeCA warrants that for each reporting period, the Data provided will reflect a minimum of 93% of the stores with POS-M systems capable of reporting POS-M Data for that period. No warranty is made or provided for the Data from each individual store or aggregate of the individual Data elements. Should the Data provided fail to meet the 93% requirement, DeCA shall credit the subscribed at the next billing cycle with an amount that reflects the weekly prorated subscription dollar value for the number of stores below the 93% minimum. All other warranties either express or implied are excluded under this agreement.

11. The base period of this subscription shall be for the period of April 14, 2002 through April 13, 2003. The license agreement shall continue uninterrupted on a yearly basis until April 13, 2007 (a total period of five years), providing subscriber does not cancel this agreement at any time by providing written notice to DeCA.

12. Notwithstanding the above, the subscriber or DeCA may cancel this agreement at any time with no less than 90 days written notice to the other party.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Signature by an authorized official of the firm completing this subscription and the signature of the authorized DeCA official shall constitute agreement by the subscriber and DeCA to be bound by the terms and conditions specified herein.

______________________________ Dated this 6th day of Feb, 2002
(Signature and Title of Authorized Firm Official)
JP DURRETT, CEO

______________________________ Dated this 8th day of FEBRUARY, 2002
John P. Lavinus III
Contracting Officer

**CERTIFICATE OF FILING**

I hereby certify that on 8th day of JULY, 2004, a copy of the "APPENDIX TO DEFENDANT'S REPLY TO PLAINTIFF'S MOTION *IN LIMINE*, Volume 1 of 1, Pages 1 through 74," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd