# In the United States Court of Federal Claims

No. 99-194C
(Filed: July 15, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on the parties' motions in limine will be heard from the courtroom Thursday, September 9, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge