# In the United States Court of Federal Claims

**99-194C**

**Filed: July 14, 2004**

**MARKETING & MGT INFORMATION, INC.,**

**v.**

**THE UNITED STATES**

**Appendix to**
**Pltf's Response to Dft's Motion in Limine**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.