IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | No. 99-194C (Judge Bruggink) |
| v. | |
| THE UNITED STATES, Defendant. | |

**JOINT MOTION FOR REVISION TO THE COURT'S SCHEDULING ORDER OF JUNE 9, 2004**

Plaintiff, Marketing and Management Information, Inc., and Defendant, the United States, request a short postponement of the date on which the parties are to exchange lists of witnesses and exhibits pursuant to RCFC App. A ¶ 13(a)-(b), and on which counsel for the parties are to meet pursuant to RCFC App. A ¶13(a)-(c). Under the existing schedule, the parties are required to exchange witness and exhibit lists, and counsel are required to meet, on or before July 28, 2004. The parties have agreed to extend that deadline by six days, i.e., until August 3, 2004. This short postponement is needed to allow the parties to complete the preparation of witness and exhibit lists and to accommodate other scheduling conflicts. The parties therefore respectfully request that the Court amend paragraphs 8 and 11 of its scheduling order of June 9, 2004, so that those paragraphs read as follows:

> 8. On or before August 3, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).
>
> 11. On or before August 3, 2004, counsel shall meet pursuant to App. A¶ 13(c).

We respectfully request that the Court enter a revised scheduling order consistent with this proposal.

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch:
Civil Division
Department of Justice
Washington, D.C. 20530

Of Counsel:

THOMAS D. RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

Attorneys for Defendant

Charles J. Cooper by Vincent J. Colatriano
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600
Counsel of Record for Plaintiff

Of Counsel:

VINCENT J. COLATRIANO
DEREK SHAFFER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

Attorneys for Plaintiff

July 28, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on JULY 28, 2004, a copy of "JOINT MOTION FOR REVISION TO THE COURT'S SCHEDULING ORDER OF JUNE 9, 2004" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 99-194C (Judge Bruggink) |

**ORDER**

Pending is the parties' July 28, 2004 Joint Motion for Revision to the Court's Scheduling Order of June 9, 2004. The motion is granted. Accordingly, paragraphs 8 and 11 of the Court's June 9, 2004 order are amended as follows:

> 8. On or before August 3, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).
>
> 11. On or before August 3, 2004, counsel shall meet pursuant to App. A¶ 13(c).

ERIC G. BRUGGINK
Judge