# In the United States Court of Federal Claims

No. 99-194C
(Filed: July 29, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' July 28, 2004 Joint Motion for Revision to the Court's Scheduling Order of June 9, 2004. The motion is granted. Accordingly, paragraphs 8. and 11. of the court's June 9, 2004 order are amended as follows:

8. On or before August 3, 2004, the parties shall exchange lists of witnesses and exhibits, as contemplated by Appendix A ¶ 13(a)-(b).

11. On or before August 3, 2004, counsel shall meet pursuant to App. A ¶ 13(c).

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge