**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., Plaintiff, | ) | |
| v. | ) | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to RCFC App. A, ¶15(a) and the Court's scheduling orders in this case, Plaintiff Marketing and Management Information, Inc. ("MMI") respectfully submits the following list of witnesses, including expert witnesses, who may be called by MMI at trial for case-in-chief or rebuttal purposes. MMI reserves the right to omit witnesses at trial, to call additional impeachment or rebuttal witnesses, to call any witness necessary to lay the foundation for the admissibility of trial exhibits, and to call as their own witness any witness identified on Defendant's witness list, whether or not such witness is actually called by Defendant. In addition to the topics listed below, each witness may additionally testify as to any topics that have been the subject of prior testimony (including affidavits, declarations, and depositions), regarding any exhibit presented by any party at trial, in rebuttal of defense testimony, or impeachment of Defendant's witnesses.

MMI expects to call the following witnesses at trial:

**1. Elisabeth Akhtarzandi**

a. Potential Topics: The topics about which Ms. Akhtarzandi may testify include: the 1995 contract ("Contract") between MMI and the Defense Com-

missary Agency ("DeCA"); the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure; the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 2-4 hours.

**2. Edward M. Downey**

a. Potential Topics: The topics about which Mr. Downey may testify include: the Contract between MMI and DeCA; the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure; the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 2-4 hours.

**3. Loretta Downey**

a. Potential Topics: The topics about which Ms. Downey may testify include: the Contract between MMI and DeCA; the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure; the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**4. Kenneth Metcalfe**

a. Potential topics: Topics about which Mr. Metcalfe may testify include: Mr. Metcalfe's analysis of the damages suffered by MMI as a result of the breach of the Contract, including, but not limited to, all accounting, economic, and related concepts pertaining thereto; the expert reports and opinions of Defendant's proffered experts.

b. Estimated Time Needed for Direct Examination: 4-6 hours.

**5. James M. McLoughlin**

a. Potential Topics: The topics about which Mr. McLoughlin may testify include: the Contract between MMI and DeCA; the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure; the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**6. Thomas Speicher**

a. Potential Topics: The topics about which Mr. Speicher may testify include: the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure; the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**7. Robert C. Whitmore**

a. Potential Topics: The topics about which Mr. Whitmore may testify include: the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure (with particular emphasis upon MMI's systems engineering and data processing activities and costs); the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

In addition, MMI may call the following witnesses at trial if the need arises:

**8. Richard E. Beale**

a. Potential topics: The topics about which Mr. Beale may testify include DeCA's decisions relating to the solicitation, award, cancellation, termination, and breach of the Contract; DeCA's use of category management services and category management support services; the existence and value of any federal information processing ("FIP") resources relating to the Contract; and all other topics discussed during Mr. Beale's deposition.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**9. Lawrence T. Hahn**

a. Potential topics: The topics about which Mr. Hahn may testify include DeCA's decisions relating to the solicitation, award, cancellation, termination, and breach of the Contract; DeCA's use of category management services and category management support services; the existence and value of any FIP resources relating to the Contract; and all other topics discussed during Mr. Hahn's depositions.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**10. Alan Jones**

a. Potential topics: The topics about which Mr. Jones may testify include DeCA's decisions relating to the solicitation, award, cancellation, termination, and breach of the Contract; DeCA's use of category management services and category management support services; the existence and value of any FIP resources relating to the Contract; the nature and utility of category management, as employed in the supermarket industry generally and in commissaries specifically; and all other topics discussed during Mr. Jones' deposition.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**11. William F. Mehler, Jr.**

a. Potential topics: The topics about which Mr. Mehler may testify include DeCA's decisions relating to the solicitation, award, cancellation, termination, and breach of the Contract; DeCA's use of category management services and category management support services; the existence and value of any FIP resources relating to the Contract; the nature and utility of category management, as employed in the supermarket industry generally and in commissaries specifically; and all other topics discussed during Mr. Mehler's deposition.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**12. Scott Schneider**

a. Potential Topics: The topics about which Mr. Schneider may testify include: the nature of MMI's business, including but not limited to sources of MMI's revenue and MMI's cost structure (with particular focus upon MMI's systems engineering and data processing activities and costs); the effect on MMI's business, revenue, and expenses of the Government's breach of the Contract; damages suffered by MMI as a result of the Government's breach of the Contract.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**13. Michael D. Warren**

a. Potential topics: The topics about which Mr. Warren may testify include: budget policies and procedures pertaining to DeCA; sources of DeCA's funding, including appropriated and non-appropriated fund sources; and other topics discussed during Mr. Warren's deposition.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

**14. William T. Wood**

a. Potential topics: The topics about which Mr. Wood may testify include DeCA's decisions relating to the solicitation, award, cancellation, termination, and breach of the Contract; DeCA's use of category management services and category management support services; the existence and value of any FIP resources relating to the Contract; the nature and utility of category management, as employed in the supermarket industry generally and in commissaries specifically; and all other topics discussed during Mr. Wood's deposition.

b. Estimated Time Needed for Direct Examination: 1-3 hours.

August 27, 2004

Respectfully submitted,

/s/ Charles J. Cooper___________
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600
*Counsel of Record for Plaintiff*

*Of Counsel*:
Vincent J. Colatriano
Derek Shaffer
Nikki Chtaini
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600