# In the United States Court of Federal Claims

**99-194C**

**Filed: August 27, 2004**

**MARKETING & MANAGEMENT INFO, INC.,**

**v.**

**THE UNITED STATES**

**Pltf's Exhibit List**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.