# In the United States Court of Federal Claims

No. 99-194C
(Filed: September 10, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument was held on the parties' motions in limine on September 9, 2004. During the hearing, the following SCHEDULING CHANGES were made:

1. On or before October 8, 2004, the Government shall file its memorandum of facts and law and its final list of witnesses and exhibits for trial.

2. The pretrial conference shall be held from the courtroom Friday, October 22, 2004, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person.

3. Trial will be held November 2-4, 2004 and November 15-19, 2004, in Washington, D.C. The court will convene at 9:00 a.m. each day.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge