**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARKETING AND MANAGEMENT INFORMATION, INC. ,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-194C** |
| | ) | **(Judge Bruggink)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of five days, to and including October 13, 2004, to file the Government's memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16. This is defendant's second request for an enlargement of time for this purpose. The Court previously granted the Government's unopposed request for an enlargement of four days. Defendant has contacted plaintiff's counsel who has represented that plaintiff will not oppose the Government's motion.

The additional time is requested so that the parties can engage in what they hope will be fruitful settlement discussions. Defendant's counsel initiated settlement discussions with plaintiff's counsel shortly after the hearing in this case conducted on September 9, 2004. The parties entered into preliminary settlement negotiations. On September 23, 2004, plaintiff's counsel requested defendant's counsel to try to arrange a face-to-face meeting at which numerous representatives from both parties could discuss the settlement of this case. This effort has taken considerable time, which has impeded the Government's completion of its pretrial filings. In addition, the only date upon which the parties could agree to meet is October 6, 2004, two days

before the Government's filings are currently due. The additional time is necessary so that the Government has sufficient time to complete its brief and to permit the parties to continue to engage in settlement negotiations.

In accordance with the foregoing, the Government requests that the Court amend paragraph 13 of its Scheduling Order of October 30, 2003, so that it now reads as follows:

> 13. On or before October 13, 2004, the Government shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Sheryl L. Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
ELLIOT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

SEPTEMBER 30, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on SEPTEMBER 30, 2004, a copy of "DEFENDANT'S UNOPPOSED REQUEST FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd