# In the United States Court of Federal Claims

No. 99-194C
(Filed: September 30, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's September 30, 2004 unopposed motion for an enlargement of time. The motion is granted. Accordingly, paragraph 13. of the court's June 9, 2004 order is amended as follows:

13. On or before October 13, 2004, the Government shall file its memorandum of facts and law as contemplated by Appendix A ¶ 14(b), and its final list of witnesses and exhibits for trial, as contemplated by Appendix A ¶¶ 15-16.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge