**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARKETING AND MANAGEMENT INFORMATION, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-194C** |
| | ) | **(Judge Bruggink)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Rule 5.2(B)(1), defendant respectfully requests the Court to grant its motion for leave to exceed the 40-page limit in connection with the filing of Defendant's Memorandum of Contentions of Fact and Law. Defendant's brief will exceed the 40-page limit by 35 pages.

Defendant has endeavored to treat the numerous remaining issues in this case as concisely as possible. However, there are numerous damages issues raised in plaintiff's memorandum of contentions of fact and law to which defendant is required to respond. In addition, defendant has been required to rely extensively upon the factual record compiled in connection with A.C. Nielsen Company, et al., v. Defense Commissary Agency, 1996-1 B.C.A. ¶ 28,253, to address the Court's questions as to whether the solicitation at issue here was for Federal Information Processing (FIP) resources within the meaning of the Brooks Act and, if so, what was the value of the FIP resources. Since the Court, for the most part, will undertake a record review of these latter two issues, defendant has attempted to address them as completely as possible in its brief.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
ELLIOTT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, VA 23801-1800

OCTOBER 13, 2004

**CERTIFICATE OF FILING**

I hereby certify that on 13th day of OCTOBER, 2004, a copy of the "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl Floyd