# In the United States Court of Federal Claims

No. 99-194C
(Filed: October 14, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's motion for leave to exceed by 35 pages its pretrial memorandum. On September 10, 2004, we ordered defendant to file its memorandum of facts and law by October 8, 2004. On September 30, 2004, we granted defendant's unopposed motion for an extension of time until October 13, 2004.

On October 13, 2004, in lieu of its memorandum of facts and law, defendant filed its motion for leave to exceed the page limit. The motion does not indicate whether plaintiff objects, and the lateness of the motion precludes the court from obtaining plaintiff's position before ruling. We previously granted plaintiff leave to exceed the 40-page limit by 20 pages. If defendant had timely requested leave to exceed the page limit, we would have given defendant a comparable number of additional pages. We see no reason to give defendant an advantage simply because the motion is filed on the day the memorandum is due. Accordingly, we grant the motion in part. Defendant's memorandum may not exceed 60 pages. We allow defendant until October 21, 2004 to file its memorandum of facts and law.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge