# In the United States Court of Federal Claims

No. 99-194C
(Filed: October 14, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is defendant's October 13, 2004 Motion to Admit Deposition Testimony of Unavailable Witness. Defendant cites RCFC 32(a)(3)(B). Rule 32(a)(3)(B) requires that the witness be outside of the United States. The motion, however, merely recites that, "MMI states in responses to interrogatories that it did not know where Mr. Flannery was located and defendant itself was unable to locate Mr. Flannery." No other facts are recited with respect to Mr. Flannery's last known address or what steps the government took to locate the witness. This assertion is insufficient under paragraph (a)(3)(B). Nor is the motion sufficient to meet defendant's burden under any other basis set out in the rule for allowing deposition testimony. The motion is therefore denied without prejudice. The court may reconsider a subsequent motion upon a proper showing.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge