# In the United States Court of Federal Claims

**99-194C**

**Filed: October 13, 2004**

**MARKETING & MANAGEMENT INFO., INC.**

**v.**

**THE UNITED STATES**

**DEFENDANT'S TRIAL EXHIBIT LIST**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.