# In the United States Court of Federal Claims

No. 99-194C
(Filed: October 20, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' request on October 19, 2004, the pre-trial conference scheduled for Friday, October 22, 2004 at 10:00 a.m. is postponed indefinitely to allow for settlement discussions. In its place, a telephonic status conference will be held. Accordingly, defendant's obligation to file its memorandum of facts and law by October 21, 2004 is also postponed indefinitely.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge