# In the United States Court of Federal Claims

No. 99-194C
(Filed: October 22, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT INFORMATION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic conference held Friday, October 22, 2004, the following is ordered:

1. Defendant shall file its Memorandum of Contentions of Fact and Law no later than Friday, November 12, 2004.

2. Pre-trial conference will be held telephonically on Monday, November 15, 2004 at 3:00 p.m. The call will originate from chambers.

3. Trial will commence on Tuesday, November 30, 2004, and will conclude no later than Friday, December 10, 2004. Trial will be held at 9:00 a.m. each day in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge