# In the United States Court of Federal Claims

No. 99-194C
(Filed: November 15, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Because the parties are making significant progress toward settlement, the trial currently scheduled for November 30, 2004 is canceled indefinitely at the parties' request. A telephonic status conference will be held on December 13, 2004 at 2:00 p.m. The court will initiate the call.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge