# In the United States Court of Federal Claims

No. 99-194C
(Filed: December 13, 2004)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT INFORMATION, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on December 13, 2004. The parties continue making progress towards settlement. Accordingly, the matter remains suspended pending further order. A telephonic status conference will be held on February 11, 2005 at 2:00 p.m. The court will initiate the call.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge