# In the United States Court of Federal Claims

No. 99-194C
(Filed: February 11, 2005)

* * * * * * * * * * * * * * * * * * * * * *

MARKETING AND MANAGEMENT
INFORMATION, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the status conference held on February 11, 2005, a telephonic status conference will be held on Thursday, March 3, 2005, at 3:00 p.m. The court will initiate the call.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge