IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARKETING AND MANAGEMENT INFORMATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-194C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties mutually agree that the claims that are the subject of this litigation shall be dismissed with prejudice. Each party will bear its own costs, including but not limited to attorney fees, in connection with this case.

Respectfully submitted,

/s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, DC 20005
(202) 220-9600

Counsel of Record for Plaintiff

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director
Authorized Representative of the Attorney General of the United States

/s/ Sheryl Floyd
SHERYL FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

THOMAS RATHGEB
ELLIOT CLARK
Office of General Counsel
Defense Commissary Agency
Fort Lee, Virginia 23801

Date: APRIL 2, 2005

Of Counsel:
VINCENT J. COLATRIANO
DEREK L. SHAFFER
Cooper & Kirk, PLLC
1500 K Street, NW, Suite 200
Washington, D.C. 20005
(202) 220-9600

Date: APRIL 5, 2005

CERTIFICATE OF FILING

I hereby certify that on APRIL 6, 2005, a copy of "JOINT MOTION FOR DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd